**February 20, 2008 – Voicemail to FBI**

Steve Kimball this is Hal Turner. It is 6:34 pm on Wednesday evening. I just got off the phone with NBC Nightly News Chief Washington Correspondent Pete Williams. Ah, we talked about this earlier. Pete Williams told me that NBC Nightly News is going to run a story confirming that I was, at least for a time, an informant with the FBI and addressing whether or not from a public policy standpoint the FBI having me as informant, ah, was a bad public policy decision. Pete Williams told me that several of his longtime sources inside FBI headquarters and in the Washington Field Office confirmed to him that I was in fact an informant. You guys have a leak. This is a violation of Title 50. The FBI is forbidden from disclosing the names of anyone who gathers intelligence for them. This is gonna put my life in jeopardy. It's gonna ruin everything for the future. And I am fit to be fuckin' tied. I oughta go down to that fuckin' FBI headquarters and pull a Timothy fuckin' McVeigh. I think you should call me back because I am so fuckin' furious it isn't fuckin funny.