# BAILEY & OROZCO, LLC
## ATTORNEYS AT LAW

HOWARD W. BAILEY                                                      MICHAEL A. OROZCO

---

THE NATIONAL NEWARK BUILDING
744 BROAD STREET, SUITE 1901, NEWARK, N.J. 07102

PHONE: 973-693-4408                          WEB: WWW.NJ-CRIMINALDEFENSE.COM
FAX:    973-735-2719                                      WWW.BOLEGAL.COM

MATTHEW BRYANT, *OF COUNSEL
*MEMBER OF NEW YORK BAR                                  November 20, 2009

**Via Electronic Filing and Facsimile**
Western District of Louisiana
Attn: Honorable Donald Walter
300 Fannin Street
Shreveport, Louisiana 71101-3083

      Re: **Harold Turner**
         **Docket No: 09-CR-650**

Dear Judge:

  I have not completed review of all materials recently submitted, but did review the attached document this morning which has cast serious doubt in my mind that this matter will only be a two week trial. Attached, as *Exhibit A*, is a single page excerpt from the documents produced on Monday, November 16. In this document it is clear that the FBI had to inform prosecutors from the Department of Justice, Newark Office, that a "Blanket Letter of Declination" had previously been issued for Mr. Turner due to his frequent "indirect threats" toward various "protectees."

  This Blanket Letter of Declination has not been found in previously reviewed material. It may be contained in the material which I have yet to review, but would doubt that as no other material has shown correspondences from any office of the Department of Justice despite numerous references to same. My office is going to issue a subpoena for this material in the Newark Office, as well as attempt to identify the AUSA who wrote these letters. Additional witnesses will be subpoenaed, and we could not have expected to be put in this position had we received this material on time. To require my office to proceed in light of this material would be effectively depriving my client of his Constitutional rights. I am respectfully requesting that Your Honor give serious weight to this material and its importance in substantiating my client's affirmative defenses and my request for a continuance, which both sides have consented to.

  If Your Honor is unwilling or unable to provide more time in order to avoid a serious miscarriage of justice due to scheduling conflicts with other matters before the Court then I would respectfully request that this matter be transferred to another judge so as to allow the defense (and the Government) to properly prepare.

            Sincerely,

/S/Michael Orozco

MAO/mao
cc: William Ridgeway & William Hogan, Via Electronic Filing