UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 09 CR 650 |
| vs. | ) | Judge Donald E. Walter |
| | ) | Sitting by designation |
| HAROLD TURNER | ) | |

<b><u>BAIL RESTRICTION MODIFICATION ORDER</u></b>

Honorable Donald E. Walter, United States District Judge

The Court hereby orders modifies the defendant's bail conditions as set forth below:

Defendant is permitted to work on the grounds of his apartment building during normal business hours of 8 am to 6 pm.

All previous bail conditions as set forth shall remain in full force and effect.

SO ORDERED

DATED: 11/25/09

_____
Donald E. Walter
United States District Judge