UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. 09 CR 650 |
| vs. ) | Judge Donald E. Walter |
| ) | Sitting by designation |
| HAROLD TURNER ) | |

## BAIL RESTRICTION MODIFICATION ORDER

Honorable Donald E. Walter, United States District Judge

The Court hereby orders modifies the defendant's bail conditions as set forth below:

Defendant is permitted to work on the grounds of his apartment building during normal business hours of 8 am to 6 pm.

All previous bail conditions as set forth shall remain in full force and effect.

SO ORDERED

DATED: 11/25/09

_____
Donald E. Walter
United States District Judge