# EXHIBIT F

United States Department of Justice
United States Marshals Service



## REPORT OF INVESTIGATION

Page ___ of ___

| 1. CASE # | 2. DATE OF REPORT<br>03/08/2005 | 3. REPORTED<br>BY: DUSM David M. Key |
|---|---|---|
| 4. CASE TITLE<br>TURNER, Hal | | AT: Chicago, IL |

5. OTHER DEPUTIES:

6. TYPE OF REPORT (Check One):
- [ ] REPORT OF ELECTRONIC INTERCEPTION
- [ ] COLLATERAL LEAD
- [ ] WITNESS INTERVIEW
- [ ] ARREST
- [ ] INTELLIGENCE UPDATE
- [ ] MEMORANDUM TO FILE
- [x] OTHER

This report is a follow up to the USM550 prepared regarding 7th Circuit Court Judges Easterbrook, Williams and Coffey.

USMS N/IL began a protection detail for Judges Easterbrook and Williams on 03/03/2005 at 1800. This decision was predicated on the fact that Judges Easterbrook and Williams, as well as Judge Coffey who is located in the Eastern District of Wisconsin, were on the 7th Circuit panel that Ruled on the appeal in URI, Inc. v. World Church of the Creator. This case was a trademark infringement suit brought by TE-TA-MA Truth Foundation (URI, Inc.) because Matthew Hale was using the name World Church of the Creator. Initially Judge Lefkow ruled in favor of Hale. The case was appealed, reversed and remanded to the District Court. Judge Lefkow then ruled against Hale.

Responsibility for these details was assumed by JSD on 03/06/2005 at 1900.

The enclosed print outs from the web site The Hal Turner Show demonstrate that there is an interest in obtaining personal information about the judges. The requested information includes home addresses.

Hal TURNER appears to be a significant figure in the white supremacist movement. His web site

| 7. SIGNATURE (DUSM) | 8. DATE<br>3/8/05 | 11. DISTRIBUTION |
|---|---|---|
| 9. APPROVED (Name and Title) | 10. DATE | [ ] DISTRICT<br>[ ] HEADQUARTERS<br>[ ] OTHER _____ |

UNITED STATES MARSHALS SERVICE
THIS REPORT IS THE PROPERTY OF THE UNITED STATES MARSHALS SERVICE NEITHER IT NOR ITS
CONTENTS MAY BE DISSEMINATED OUTSIDE THE AGENCY TO WHICH LOANED.

FORM USM-11
Rev. 4/90
(Replaces USM-210)

09 CR 542                                    000001237

United States Department of Justice
United States Marshals Service



## REPORT OF INVESTIGATION -- Continuation Sheet

Page ___ of ___

| 1. CASE # | 2. DATE OF REPORT  03/08/2005 | 3. REPORTED  BY: DUSM David M. Key |
|---|---|---|
| 4. CASE TITLE  TURNER, Hal | | AT: Chicago, IL |

shows over 288,000 visits. He was recently interviewed on the Fox News Channel by Geraldo Rivera. The program aired on 03/05/2005. The following are excerpts from that program.

First excerpt

TURNER: "I had commented on my short wave radio show two years ago that because Judge Lefkow had basically ordered a church to destroy it's bibles, in a trademark infringement case, that I felt her decision made her worthy of death."

Second excerpt

TURNER: "Not only is there a pro-white effort against Judge Lefkow, as of tonight, that effort is being expanded to three judges on the U.S. 7th Circuit Court of Appeals."

Rivera: "Where do you get this information?"

TURNER: "I've spoken to some folks around the country."

Rivera: "In the hate movement?"

TURNER: "In the pro-white movement."

Rivera: "The pro-white movement? (laughing)"

TURNER: "The pro-white movement. Judge John Coffey, Judge Frank Eastrebrook and Judge Ann Claire Williams are now going to feel the same scorn and scrutiny over their decisions in the Matt Hale

| 7. SIGNATURE (DUSM) | 8. DATE | 11. DISTRIBUTION |
|---|---|---|
| | | ☐ DISTRICT |
| 9. APPROVED (Name and Title) | 10. DATE | ☐ HEADQUARTERS  ☐ OTHER _____ |

UNITED STATES MARSHALS SERVICE
THIS REPORT IS THE PROPERTY OF THE UNITED STATES MARSHALS SERVICE NEITHER IT NOR ITS
CONTENTS MAY BE DISSEMINATED OUTSIDE THE AGENCY TO WHICH LOANED.

FORM USM-11
Rev. 4/90
(Replaces USM-210)

09 CR 542                    000001238

United States Department of Justice
United States Marshals Service



## REPORT OF INVESTIGATION -- Continuation Sheet

Page ___ of ___

| 1. CASE # | 2. DATE OF REPORT | 3. REPORTED |
| --- | --- | --- |
|  | 03/08/2005 | BY: DUSM David M. Key |
| 4. CASE TITLE | | AT: Chicago, IL |
| TURNER, Hal | | |

case that Judge Lefkow had felt.

USMS N/IL will continue to monitor white supremacist web sites and work with FBI Chicago JTTF CT2, The Illinois State Police State Terrorism Intelligence Center and the Chicago Police Department Counter-Terrorism Section to evaluate any continuing or increased threats to Judges Easterbrook, Williams and Coffey.

| 7. SIGNATURE (DUSM) | 8. DATE | 11. DISTRIBUTION |
| --- | --- | --- |
|  |  | ☐ DISTRICT |
| 9. APPROVED (Name and Title) | 10. DATE | ☐ HEADQUARTERS |
|  |  | ☐ OTHER |

UNITED STATES MARSHALS SERVICE
THIS REPORT IS THE PROPERTY OF THE UNITED STATES MARSHALS SERVICE NEITHER IT NOR ITS CONTENTS MAY BE DISSEMINATED OUTSIDE THE AGENCY TO WHICH LOANED.

FORM USM-11
Rev. 4/90
(Replaces USM-210)

09 CR 542    000001239