UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. 09 CR 650 |
| vs. ) | Judge Donald E. Walter |
| ) | |
| HAROLD TURNER ) | |

## ORDER

The government tendered to counsel for defendant Harold Turner during the trial of this matter certain material concerning one of its potential witnesses following an *in camera* review of the material by the Court. It is hereby ordered that:

Defendant Harold Turner and his lawyers, both individually and through any of their representatives and staff members, shall not disclose the contents of these materials or the name or description of the individual to whom the materials pertain without prior permission of the Court or the government.

SO ORDERED:

DONALD E. WALTER,
Judge, United States District Court

DATED: Dec 4, 2009