UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ MAR 4 - 2010 ★

BROOKLYN OFFICE

UNITED STATES OF AMERICA

VERSUS

HAROLD TURNER

CRIMINAL NO: 09-0650

JUDGE DONALD E. WALTER

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ MAR 04 2010 ★

BROOKLYN OFFICE

**ORDER**

Before the Court is a Motion to Dismiss the Indictment or in the Alternative Have Government Prove "Incitement" under *Brandenburg*. [Doc. #49].

Upon due consideration, and for the reasons stated in the Court's previous ruling, Defendant's motion is **DENIED**.

THUS DONE AND SIGNED, this ____ day of March, 2010.

/s/(DEW)
_____
DONALD E. WALTER
UNITED STATES DISTRICT JUDGE