1

```
 1              UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF NEW YORK
 2
 3   - - - - - - - - - - - - - - - X

 4   UNITED STATES OF AMERICA      :    09-CR-650

 5        -against-                     U.S. Courthouse
                                   :
 6                                      Brooklyn, New York

     HAROLD TURNER
 7
                    Defendant     :
                                        March 1, 2010
 8   - - - - - - - - - - - - - - - X    1:00 p.m.

 9
                                        FILED
10   BEFORE:                          IN CLERK'S OFFICE
             HONORABLE DONALD WALTER  U.S. DISTRICT COURT E.D.N.Y
             United States District Judge
11           and a jury               ★  MAR 02 2010  ★

12                                      BROOKLYN OFFICE

13   APPEARANCES:

14   For the Government:      WILLIAM R. HOGAN
                              WILLIAM RIDGWAY
15                            DIANE MAC ARTHUR
                              U.S. Attorney's Office
16                            219 South Dearborn Street
                              Room 500
17                            Chicago, Illinois 60604

18

19   For the Defendant:      BAILEY & OROZCO, LLC
                              744 Broad Street
20                            Suite 1901
                              Newark, New Jersey 07102
21                            BY:  MICHAEL A. OROZCO
                                   and
22                            NISHAY K. SANAN
                              327 S. Plymouth Court
23                            Suite 201
                              Chicago, Illinois 60604

24

25
```

1   Court Reporter:            RONALD E. TOLKIN, RMR, CRR
                               Official Court Reporter
2                              225 Cadman Plaza East
                               Brooklyn, New York 11201
3                              718-613-2647

4                                    * * *

5

6            THE CLERK:  All rise.

7            THE COURT:  Please be seated.

8            We are waiting for defense counsel.

9            All right.  Ladies and gentlemen, I forgot to ask

10   you all one question more.

11           You will hear testimony from federal judges.  Would

12   you have any difficulty in deciding whether they are telling

13   you the truth or not just because they're judges?

14           If any of you would, raise your hand.

15           Okay.

16           JUROR 16:  I think we went over that in chambers.

17           THE COURT:  You did and you answered that.

18           Okay.  If I can have your list, gentlemen.

19           Ladies and gentlemen, we are going to take ten

20   minutes more of your time.  We can accomplish this a lot

21   faster back in the jury room.  We'll be back and tell you who

22   will serve and who'll get to go home.

23           If I can have the lawyers back in the jury room.  I

24   don't think we need a court reporter.

25

1          (Recess taken as the attorneys and the judge retire

2   to the jury room.)

3          THE COURT:  Okay.  Be seated.

4          All right.  Let's see.

5          Mr. Dumpert, you will serve.

6          Mr. Koch, you will be excused.

7          Mr. Kirsch, you will serve.

8          Don't anybody leave until I tell you you can.

9          Ms. Reese, you will be excused.

10         Ms. Didyk, you will be excused.

11         Mr. Anthony, you will be excused.

12         Mr. Lockard, will be excused.

13         Mr. Chamberlain will serve.

14         Mr. Tapia will serve.

15         Mr. Reyes will be excused.

16         Kotlyarsky, am I pronouncing that correctly, you

17  will serve.

18         Mr. Stockland will be excused.

19         Mr. Frazer will serve.

20         Ms. Lau will be excused.

21         Ms. Moore-Harris will serve.

22         Mr. McQuade will serve.

23         Ms. Towers will serve.

24         Mr. Nunez will serve.

25         Ms. Wright will be excused.

1        Ms. Attard will serve.

2        Mr. Rossa will serve.

3        Ms. Allen will be excused.

4        Mr. Englander will be excused.

5        Ms. Kogan will serve.

6        Ms. Pilutik will be excused.

7        Mr. Schultz will be excused.

8        Mr. Franco will be excused.

9        Mr. Fulcher will serve.

10        All right, one more time.  Serving Dumpert, Kirsch,

11   Chamberlain, Tapia, Kotlyarsky, Frazer, Moore-Harris, McQuade,

12   Towers, Nunez, Attard, Rossa, Kogan and Fulcher.

13        Did I get it right?

14        MR. HOGAN:  Yes, Your Honor.

15        THE COURT:  If I didn't call your name, you are free

16   to go.  Check in with the jury lounge where you first came in,

17   get any excuses you may need and see if there are any

18   questions they may have of you.

19        THE COURT:  Mr. Dumpert, will you move down to the

20   first seat.  Mr. Kirsch, next to him.

21        Mr. Kirsch, will you move next to Mr. Dumpert.

22   Ms. Chamberlain, next to Mr. Kirsch.  Mr. Tapia.

23   Ms. Kotlyarsky.

24        Mr. Frazer, move down to the last seat.

25        Ms. Moore-Harris, you will take that first seat

1   behind Mr. Dumpert.

2           Mr. McQuade, you might find it easier to go in that

3   way.

4           Ms. Towers.  Mr. Nunez.  Ms. Attard.  Mr. Rossa.

5   Mr. Cogan.  Mr. Fulcher.

6           THE COURT:  If you all take the first two seats in

7   the back, that'll be fine.

8           Now, if you will all rise and raise your right hand

9   to be sworn or affirmed.

10          (Jurors sworn to well and truly try the case by the

11  clerk.)

12          THE JURY:  I do.

13          THE COURT:  Be seated, please.

14          Ladies and gentlemen, what I will now have to tell

15  you is intended to serve as kind of an introduction to the

16  trial of the case.  It is not a substitute for the more

17  detailed instructions of law and evidence that I'll give you

18  at the close of the case, and before you retire to consider

19  your verdict.

20          As I told you, this is a criminal case commenced by

21  the United States, which I may sometimes refer to as the

22  prosecution or the government, against the defendant.  It

23  comes to court based on an indictment by the grand jury.

24  Indictment dated July 22nd, 2009.

25          It alleges that, "On or about June 2nd, 2009, and

1   June 3rd, 2009, the defendant, Harold Turner, also known as

2   Hal Turner, threatened to assault and murder three United

3   States judges with intent to impede, intimidate and interfere

4   with such judges while engaged in the performance of official

5   duties, and with the intent to retaliate against such judges

6   on account of their performance of official duties in

7   violation of Title 18 United States Code Section 115(1)(b)."

8          Look, the indictment against the defendant is only

9   an accusation, nothing more.  It's not proof of guilt or of

10  anything else.  In fact, the defendant has denied the charge

11  against him and entered a plea of not guilty; thereby raising

12  issues of facts to be tried by you, a jury of his peers.

13          Here's how the trial will proceed:

14          First, the government has a right to make -- excuse

15  me.  The government will make an opening statement at the

16  beginning of the case.  What is said in opening statement is

17  not evidence.

18          The statement simply serves the purpose of a

19  introduction to the evidence that the government hopes to

20  produce; a kind of outline to assist you to understand the

21  testimony and documents.  Then the government will introduce

22  evidence in support of the charge contained in the indictment.

23          After the government has presented its evidence, the

24  defendant may make an opening statement.  They're not required

25  to, but they may make an opening statement.  Again, what is

1   said in opening is not evidence.  It's an introduction to the
2   evidence that the defendant intends to produce.

3              As I say, the defendant may produce evidence but he
4   is not required to do so.  The burden is always on the
5   government to prove every element of each offense charged,
6   beyond a reasonable doubt.  The law doesn't impose on a
7   defendant in a criminal case the burden of calling any
8   witnesses or introducing any evidence.

9              After the defendant has completed his case saying,
10  "The defense rests," the government may, if it chooses, to
11  present rebuttal evidence.

12             At the conclusion of all of the evidence, each party
13  has a chance to present oral argument in support of their
14  case.  What is said in closing, as in opening, is not
15  evidence.

16             Arguments are designed to present to you the
17  contentions of the parties; that is, what they believe the
18  evidence has shown and what inferences they would like you to
19  draw from the evidence presented.  The government has the
20  right to open and close the argument.

21             Then I will instruct you on the law that you must
22  apply in considering your verdict.  Your verdict must be
23  unanimous, whether guilty or not guilty.

24             Your purpose as jurors is to find and determine the
25  facts.  Under our system of criminal procedure, you're the

Case 1:09-cr-00650-DEW-JMA   Document 61   Filed 03/02/10   Page 8 of 42 PageID #: 508

1   sole judges of the facts.  If at anytime I make any comment

2   regarding the facts, you are at perfect liberty to disregard

3   it.  It is important that you perform your duty of determining

4   the facts diligently and conscientiously.

5          On the other hand, and with equal emphasis, I

6   instruct you that the law as given by me constitutes the only

7   law for your guidance.  It is your duty to accept it and

8   follow it.  It is your duty to follow the law as I give it,

9   even if you disagree with it.  We are a nation of laws.  You

10   are not at liberty to substitute your own idea of what the law

11   is or what the law ought to be.

12          What you are here to determine is the facts.  And

13   you determine those facts solely from the evidence in the

14   case, which consists of the testimony of witnesses and

15   exhibits received in evidence.  Questions asked by lawyers are

16   not evidence.  Statements and arguments by the lawyers are not

17   evidence.  It's up to you to decide what inferences should be

18   drawn from the evidence and what facts have been established

19   buy it is evidence.

20          The parties may sometimes present objections to some

21   testimony or other evidence.  It's the duty of a lawyer to

22   make an objection when he believes the evidence is not

23   properly offered.  So don't be prejudiced against a lawyer

24   just because he makes an objection.  And don't be prejudice

25   against the party that he represents.

1          Sometimes I may agree with the objection and sustain

2    them and direct that you disregard certain testimony.  You

3    must not consider any evidence or testimony which I've

4    instructed you to disregard.

5          Further, you are not to consider anything you may

6    have read or heard about the case outside the courtroom

7    whether before or during trial.

8          During trial, from time-to-time it may be necessary

9    for me to confer with the lawyers outside your hearing

10   concerning questions of law or procedure.  On such an

11   occasion, you may be excused from the courtroom as a

12   convenience to you and to us while we discuss the matters with

13   the lawyers.

14         We'll all try to limit such interruptions as much as

15   possible, but please remember at all times the importance of

16   the matter you are here to determine, and be patient with us

17   even when we seem to be going slowly.

18         You will be listening to the testimony of a number

19   of witnesses.  You are the sole judge of their credibility or

20   believability, and the weight to be given to their testimony.

21         In considering the weight and value of the testimony

22   of a witness, you might consider such things the appearance,

23   attitude, and behavior of the witnesses; the interest of the

24   witness in the outcome of the case, if any; the relationship

25   the witness to any party; the inclination of the witness to

1   speak truthfully or not; the probability or improbability of

2   the witness' statement and all other facts and circumstances

3   in evidence.

4          It's up to you.  You give the testimony of any

5   witness as much weight and value that you believe it's

6   entitled to received.

7          It's very important for you to hear all the

8   testimony presented.  So if at any time during the trial you

9   have trouble hearing the lawyers, the witnesses or me, simply

10  raise your hand and I'll know to ask the lawyer or witness to

11  speak more clearly or slowly as the case may be.

12         As I said, it's up to you, the jury.  You're the

13  judges of the facts.  And as such, it's important that you be

14  able to hear and understand all that is being presented to

15  you.

16         We will take a couple of breaks during the day.  If

17  you have need a break at a non-scheduled time, let us know and

18  we'll take a break.

19         Do we have jury identification tags?

20         THE CLERK:  Yes.

21         THE COURT:  Because you're judges of the facts, I'm

22  going to ask you to wear your juror tag there at all times

23  while you're in this building.  It identifies you as a juror

24  and warns people that they should not even stop to talk to

25  you.  This is done because we seek not only to avoid

1  impropriety, but even the appearance of impropriety.

2      During lunch break you needn't remain together.  You

3  can eat lunch wherever you please.  You can bring lunch with

4  you from home.  The jury room has drinks and snacks and a

5  microwave oven and a refrigerator.  So if you want to bring

6  lunch in, you can certainly do that.

7      If you're unfamiliar with places downtown, all of

8  the court personnel will be happy to assist you.  As I say,

9  you are not required to remain together while court is in

10 recess.

11     You're allowed to go to and from home each day.

12 It's not a sequestered jury, but it is important that you obey

13 the following instruction:

14     First, don't discuss the case.  Even amongst

15 yourselves or with anyone else during the course of the trial.

16 It is only after all the evidence is in and you've heard the

17 attorneys' summations and my instructions on the law, that you

18 retire to consider your verdict.

19     During the trial, you should keep an open mind and

20 reach your conclusion only during your final deliberations.

21 And that's why you should not discuss the case even among

22 yourselves until you retire for final deliberations.

23     Don't let anyone else talk to about the case to you.

24 And if anyone does so despite you telling them not to, please

25 report that to me as soon as you're able.

1        It's a normal given tendency to talk to people that

2   you see every day.  People that you are thrown into contact

3   with.  But I'm going to tell you, please, during the time you

4   serve on this jury, whether in or out of the courtroom, please

5   don't speak to any of the parties or the lawyers or any

6   witness.

7        And by this, I mean not only don't talk about the

8   case.  Of course not.  But don't talk at all, even to say good

9   morning.  Why do I say that?  Well, you ask one of the lawyers

10  where's a good place to eat, and they tell you across Cadman

11  Square, and you walk on.  What's the harm?

12       Well, people down the hall see you talking with him.

13  They don't know what you're talking about.  So we want to

14  avoid even the appearance of any partiality.

15       If you see them get on the elevator first, you wait

16  for the next elevator.  They see you on first, they're gonna

17  wait for the next elevator.

18       The case may be subject to news coverage everyday.

19  Please, do not read, watch or listen to such news coverage.

20  Your decision must come from what happens in the four walls of

21  this courtroom and not from anything that the press may find

22  interesting.

23       You may not use Internet services such as Google or

24  Yahoo!! or any of the others to research any topics concerning

25  the trial, including law.  Information about any issues in

1   contingent, the parties, the lawyer or the court.  After you

2   have been discharged, you can do any of the research you want

3   to.  But it is important that this case be decided by the

4   evidence presented in this courtroom and not by any

5   independent research on the part of any juror.

6           We're going to take a short break while Theresa

7   takes you into the jury room and shows you where you can wait,

8   and we'll issues your badges.  And then we're going to have an

9   opening statement by the government.  And then I'll let you

10  all go.

11          Now, let me ask you, is 9:30 okay for you-all to get

12  here.  I mean, where I come from, it's ten minutes to work so

13  I don't really know about commuting.  Is 9:30 okay?

14          THE JURORS:  Yes.

15          THE COURT:  You-all be here by 9:30 in the courtroom

16  tomorrow morning.  Be thinking about how you want to do this,

17  I'm very conscious of the fact that you're surrendering your

18  time here:

19          We can go from 9:30 to, let's say, 3:00 or 3:30,

20  with a short break for lunch.  I mean, a very short break.

21  And then you'd get home -- well, you'd be at the subway or

22  wherever by 3:30.  Or, we can go to taking an hour and-a-half

23  for lunch and two 15-minute breaks and go to 4:00 or 5:00.

24          But you-all talk about it tomorrow morning, and then

25  I will ask somebody to tell me what you prefer doing.

1           Follow Theresa, please.

2           (Whereupon the jurors leave the courtroom at 1:40

3   p.m.)

4           THE COURT:  We'll take ten minutes.  I'm not going

5   to leave.  I'll just sit up here.  But certainly, you-all have

6   ten minutes to do whatever you can do in ten minutes.

7           MR. HOGAN:  The only other instruction, if the Court

8   recalls the last time around, you told them this was a Chicago

9   case that had been moved here for venue purposes.

10          Can you give them that context again, for openings,

11  please?

12          THE COURT:  No problem.

13          No problem, right?

14          MR. OROZCO:  No problem, Your Honor.

15          MR. HOGAN:  Thank you.

16          THE COURT:  You-all want the witnesses sequestered,

17  I assume.  And as before, each party will be responsible for

18  making sure that their witnesses will obey the rules of

19  sequestration.

20          MR. HOGAN:  The rules of sequestration prior to

21  their testimony, being that they shouldn't discuss their

22  testimony?

23          THE COURT:  Yes.  Or be in the courtroom or discuss

24  anybody else's testimony.

25          MR. HOGAN:  Right.  I understand.

1           MS. MAC ARTHUR:  Your Honor, for the Court's

2    information, I'll be giving the opening statement.

3           THE COURT:  All right.

4           (Whereupon a recess was taken.)

5           THE COURT:  All rise for the jury.

6           (Whereupon the jury enters the courtroom.)

7           THE COURT:  All right.  You may all be seated.

8           Ms. MacArthur.

9           (Opening Statement - Ms. MacArthur.)

10          MS. MAC ARTHUR:  May it please the Court, counsel,

11   members of the jury.

12          On June 2nd, 2009, three appellate court judges in

13   Chicago issued a decision --

14          THE COURT:  Excuse me.  Let me interrupt you for a

15   second.  I forgot to tell you this.  They asked me to tell you

16   this before.  You may start over again, Ms. MAC ARTHUR.

17          This is really a Northern District of Illinois case.

18   It originated in Chicago.  Then I got appointed to handle it

19   and I moved it here to Brooklyn.  That's why it's here.

20          Now, I do apologize to you, Ms. MacArthur.  Start

21   again.

22          MS. MAC ARTHUR:  Thank you, Your Honor.

23          On June 2nd, 2009, three appellate court judges in

24   Chicago issued a decision in a controversial case.  The three

25   judges followed United States Supreme Court law and upheld a

1   ban imposed by the City of Chicago in a nearby suburb that

2   prohibited the possession handguns within their city limits.

3          The defendant, Harold Turner, despised this

4   decision.  And he responded by threatening the judges with

5   death in order to intimidate them into never issuing a

6   decision like that again.

7          Now, Mr. Turner was free to criticize the decision,

8   but threats of violence are not protected by the First

9   Amendment.  And when Hal Turner threatened those judges with

10  death on June 2nd, and the next day, he crossed the line and

11  he committed a crime.

12         Now, based on those actions, Hal Turner has been

13  charged in this case with a particular crime based on the June

14  2nd and June 3rd, 2009 Internet posting, or listing, of

15  written words that he made on those days.

16         The charge says, and I hope that you can see this on

17  your screen, that, "On June 2nd and 3rd, 2009, Hal Turner

18  threatened to assault and murder with the intent to assault or

19  murder."

20         I'm sorry, let me say that again.

21         "On June 2nd and June 3rd, 2009, Hal Turner tried to

22  intimidate, interfere with or impede with the work of the

23  judges with intent to try to work through their work with the

24  court by threatening them with assault and murder, or to

25  retaliate against them for the work that they did on their

1    days."

2            Now, as a result of these charges, the government

3    has the burden of proving to you beyond a reasonable doubt

4    the charge that will be before you at the end of the case.

5    I'm going to spend a few minutes now talking with you about

6    the evidence that we will present to you that will prove that

7    charge, and which will show you that when Hal Turner issued

8    his Internet words on June 2nd and June 3rd, he did so with

9    the intent to instill fear in these judges and to prevent

10   them, to impede them, from doing their job.

11           Now, the three appellate judges that I mentioned are

12   named Frank Easterbrook, Richard Posner and William Bauer.

13   Those three judge work in a federal courthouse in Chicago.

14   They review and decide cases brought to them from a trial

15   court.   Three judges were the three judge assigned to the

16   handgun decision that I mentioned just a moment ago.

17           They review decisions.  They decide, they look at

18   the law and they try to figure out which way the case should

19   go; should the decision from below stand or should it be

20   reversed.

21           The focus of Hal Turner's comments had to do with

22   that handgun decision.  And when Hal Turner started his

23   posting, this listing of words, on June 2nd, 2009, he had the

24   following headline:  "Outrage," Hal Turner said, "Chicago Gun

25   Ban Upheld.  The Court says Heller ruling by the Supreme Court

1  | not applicable to states and municipalities.  American gun

2  | owners have been put in spectacular jeopardy by federal court

3  | rulings that enabled states and cities to ban all, all,

4  | firearms ownership."

5  |          Mr. Turner spent a page or two describing these

6  | decisions of these three appellate court judges.  And then on

7  | the second page he wrote what he called commentary.

8  |          Mr. Turner said, "This is the most spectacular act

9  | of judicial malfeasance that I have ever witnessed.  Yes, I

10 | said malfeasance.  Intentionally bad rather than misfeasance

11 | accidentally bad."  And for the next several pages, Mr. Turner

12 | interlaced his commentary with his threats of death.

13 |          On the fourth page of the commentary, Defendant

14 | said, "The only thing that has ever stood in the way of

15 | their" -- meaning the judges -- "achieving ultimate power is

16 | the fact that we, the people, have guns.  Now that is very

17 | much in jeopardy."

18 |          Mr. Turner then wrote, "They" -- meaning the judges

19 | -- "have not, in our lifetime, faced real free men willing to

20 | walk up to them and kill them for their defiance and

21 | disobedience."

22 |          The defendant then quoted Thomas Jefferson, "The

23 | tree of liberty must be replenished from time to time with the

24 | blood of tyrants and patriots."

25 |          Then the defendant added his own words.  "It is

1    time," the defendant said, "to replenish the tree.  Let me be

2    the first to say this plainly.  These judges deserve to be

3    killed.  Their blood will replenish the tree of liberty."

4           The defendant, in this commentary, then used the

5    name Matt Hale, which the defendant meant to refer to an

6    horrific crime that took place in the city of Chicago in

7    February of 2005.  The reference to Matt Hale and this

8    horrific crime has become Hal Turner's personal calling card.

9           The situation involved a trial judge.  A district

10   court trial judge by the name of Joan Humphrey-Lefkow.

11          MR. OROZCO:  Objection.

12          THE COURT:  On what basis?

13          MR. OROZCO:  The prosecution is about to go into

14   solicitation.  There's no other reason to mention the Matt

15   Hale case.

16          THE COURT:  Overruled.  Proceed.

17          As I told you, this is not evidence.  This is what

18   the government hopes to prove.

19          Proceed, Ms. MacArthur.

20          MS. MacARTHUR:  Matt Hale was a self proclaimed

21   white supremist.  Matt Hale was sued by a church for the use

22   of the churches name.  Judge Lefkow was assigned to that case.

23   Judge Lefkow initially ruled in favor of Matt Hale.  The

24   church appealed, took it to the 7th Circuit Court of Appeals.

25   The court where the three judges that I mentioned earlier

Case 1:09-cr-00650-DEW-JMA   Document 61   Filed 03/02/10   Page 20 of 42 PageID #: 520

1   actually sit and consider cases.

2           The 7th Circuit, through a panel of three judges,

3   looked at the opinion of Judge Lefkow and decided that she had

4   not held the case correctly.  They reversed her decision and

5   sent it back to her for handling as a part of the lawsuit.

6           Judge Lefkow, in keeping with the 7th Circuit's

7   decision, then ruled against Matt Hale.  Shortly after she

8   made that decision, Judge Lefkow began to receive death

9   threats.  Matt Hale was eventually arrested and charged with

10  plotting with murder the judge.

11          Matt Hale went to trial.  He was convicted.  Then in

12  February of 2005, after Matt Hale's trial, after his

13  conviction, Judge Lefkow left the federal building in Chicago,

14  at the end of the day.

15          She went home.  She went into her house and inside

16  her house she found the bodies of her husband and her mother.

17  Each of the two of them had been shot and killed by somebody

18  who had entered the house during the day.

19          Now, Mr. Turner, in that June 2nd posting, that

20  Internet word description that he did in response to the three

21  judges' decision, ended his commentary section with the

22  following message to those three judges:

23          "Shortly thereafter" -- describing the Judge Lefkow

24  murders -- "a gunman entered the home of that lower court

25  judge and slaughtered the judge's mother and husband.

1   Apparently," Hal Turner said, "the 7th Circuit U.S. Circuit

2   Court didn't get the hint after those killing.  It appears

3   another lesson is needed.

4           These judges are traitors to the United States of

5   America.  They have intentionally violated the constitution.

6   They have now also intentionally ignored a major ruling by the

7   U.S. Supreme Court.

8           If they are allowed to get away with this by

9   surviving, other judges will act the same way.  These judges

10  deserve to be made such an example of as to send a message to

11  the entire judiciary, obey the constitution or die."

12          Now, on June 3rd, 2009, shortly after midnight,

13  after this June 2nd posting was released to the Internet

14  world, the defendant sent an e-mail message to something that

15  he's associated with, something called

16  HalTurnerRadioNetwork.com.

17          And that e-mail indicated that the entire decision

18  of the 7th Circuit Court of Appeals, the decision of Judges

19  Easterbrook, Posner and Bauer was available and could be

20  looked at by the readers on the Internet.

21          The next morning, on June 3rd, 2009, at about 8:57

22  a.m., eight hours after the first June 2nd posting, with the

23  light of day, Hal Turner got up and returned to the Internet

24  in order to release another Internet response to the judges'

25  decision.  On June 3rd, 2009, in that second description, he

Case 1:09-cr-00650-DEW-JMA   Document 61   Filed 03/02/10   Page 22 of 42 PageID #: 522

1  began the title -- or began the posting with the words "Behold

2  These Devils."  A banner to the three judges who had issued

3  the handgun decision.  And then the defendant provide a

4  blueprint of access to those three judges.

5          He showed on that posting the pictures, the

6  photographs of the faces of each of those three judges.  He

7  listed their contact information in the work area where they

8  were each day.  He gave a phone number for each of those three

9  judges to be reached.

10         He gave a map to the building where they worked.  He

11 put on a photograph of the building, his own notation that the

12 building contained, with red arrows, something known as

13 anti-bomb threat barriers.  And the defendant said to the

14 Internet world in that June 3rd posting, that the home

15 addresses of those three judges would follow.

16         These are real people.  These are real judges.  And

17 the defendant chose to let the Internet world know that he

18 knew how to contact them, how to reach them.  And that he

19 would be listing their home addresses to the world in a day or

20 two after.

21         These are real people.  And these are the people

22 that the defendant referred to when he said they didn't get

23 the hint, in reference to the Judge Lefkow murders, and to

24 whom a new lesson, an additional lesson appeared to be needed.

25         Now, the government will prove to you beyond a

1  reasonable doubt that Hal Turner threatened these judges on

2  June 2nd and June 3rd with death or assault or physical harm,

3  with the intent to stop them in their work from ever issuing a

4  decision that they did like the one in the handgun decision.

5          While the government will bear that burden, we'll

6  carry that burden throughout this case, there are three things

7  that we don't have to show.

8          We have don't have to show you that the defendant

9  intended to kill the judges himself.  We don't have to show

10 you that the defendant had the means or the ability to carry

11 out this threat.

12         And we don't have to show you that the defendant's

13 words were even ever heard by the three judges that he wrote

14 about.

15         The key issue for you to focus on in this case is

16 the defendant's intent to communicate with these judges.  The

17 evidence will show through the defendant's own words in the

18 months and the days leading up to those two postings, that

19 based on the words in those postings, the defendant did intend

20 to threaten them in order to prevent them, to impede them,

21 from ever doing a decision like that again.

22         On June 2nd and June 3rd, 2009, the defendant

23 mustered the power of the Internet world to let these judges

24 know that he knew where they could be reached and how they

25 could be reached.

1       We have to be a nation of laws, and judges cannot be

2    deterred in their work by threats of death.  And it's for

3    those reasons that, at the end of the case, we will return to

4    you and ask you to return the only verdict possible.  And that

5    is a verdict of guilty against Hal Turner as charged.

6       Thank you.

7       THE COURT:  Thank you.

8       Ladies and gentlemen, I'm going to let you all go

9    home today, at this time.  You've earned the whole $40 dollars

10   that you've earned.  Be careful.  Please be here ready to go

11   at 9:30 tomorrow morning.

12      And remember, don't discuss the case with anyone.

13   Don't do any independent research.  Don't read, watch or

14   listen to any account of it.  Be careful.  See you-all

15   tomorrow.

16      All rise for the jury.

17      (Whereupon the jury leaves the courtroom at 2:00

18   p.m.)

19      THE COURT:  You may all be seated.  I have before me

20   a motion in limine from the government, as to, as I recall,

21   four pieces of evidence.  If I can find where I was.

22      The government seek to puts in the Web cast dated

23   April 22nd, 2009, regarding the murder of Judge Lefkow's

24   family.  I'll listen to the defense.

25      MR. OROZCO:  Your Honor, the question for the jurors

1   is whether on June 2nd and June 3rd, Mr. Turner's statement

2   constituted a threat.  These prior statements, those prior

3   writings have absolutely nothing to do with the current charge

4   against Mr. Turner.  They are not relevant and they should not

5   been given to the jury.

6          THE COURT:  I'm going to permit it over defense

7   objection.

8          MR. OROZCO:  Now, Your Honor, I would request, then,

9   if Your Honor is allowing this material in, that pursuant to

10  the document completeness, that the entire statement and/or

11  statement be included, because this not the entire recorded

12  statement.  These are excerpts that are chosen by the

13  prosecution solely for --

14         THE COURT:  Okay.  The defense invokes the Rule of

15  Completeness.

16         MR. HOGAN:  The Web cast is something like two hours

17  long and it's filled with all kind of irrelevant things.  If

18  there's a portion they feel has not been -- that needs to be

19  played to complete the portion we intend to play.

20         THE COURT:  Well, I gather they think the whole

21  think ought to be played.

22         MR. HOGAN:  Well, I doubt that.

23         THE COURT:  I can only go by what he tells me.  And

24  he tells me he wants the whole thing.  It's all important to

25  his case.

1          MR. HOGAN:  Well, that's just not true.

2          THE COURT:  You want the whole thing?

3          MR. OROZCO:  It's our decision, and we want the

4    whole think.

5          MR. HOGAN:  That's absurd.

6          THE COURT:  It's not absurd because I just ruled

7    that he's right.

8          MR. HOGAN:  Well, Your Honor, with all due respect

9    to Mr. Orozco, he hasn't presented any portions that he wants

10   played, other than to say the whole thing.

11         THE COURT:  He has invoked the Rule of Completeness.

12   He said that you will take it out of context.  The only way

13   that the jury can seriously consider is it to look at the

14   whole.

15         MR. HOGAN:  That's incorrect.  And I offer the Court

16   the entire tape, and you can make that decision.

17         THE COURT:  Give me the entire tape.  I think it's

18   going to go all go, but we'll see.

19         MR. HOGAN:  Yes, Your Honor.

20         THE COURT:  The next thing is the Web cast of May

21   13th regarding his willingness to call for public officials to

22   be killed.

23         MR. OROZCO:  The same objection, Judge.

24         THE COURT:  Tell me about that one again, please.

25   Mr. Hogan, or somebody from the government.

1        MR. RIDGWAY:  Your Honor, the portion that we

2   clipped is about -- I've excerpted the entire portion.  It's

3   entirely topically separate from the rest of the entire Web

4   cast, which I doubt --

5        THE COURT:  Which one are we talking about?

6        MR. RIDGWAY:  May 13th radio Web cast.  It's on page

7   3.  It's talking about how this is the defendant's own words

8   also in which he says he's giving up on trying to argue or

9   convince the other side, that more drastic measures are

10  needed.  This is two weeks before -- two and-a-half weeks

11  before June 2nd.

12        THE COURT:  I am, again, going to allow it.  Do you

13  want to insist on the Rule of Completeness?

14        MR. OROZCO:  Yes, Your Honor.

15        THE COURT:  All right.  I'll look at the whole darn

16  thing, both of them.  And while I may exclude it under 403,

17  some of it, as totally irrelevant to the question at hand,

18  I'll do it.  All right.

19        MR. OROZCO:  Judge, with regard to that one posting,

20  I just want to point one thing out to the Court, is that

21  there's about a 15 to 20 minutes beforehand where Mr. Turner

22  speaks about, in his opinion, a pending civil war brewing.

23  Which is why the context needs to be added to those prior

24  statements.  So just a note for the Court when it does listen

25  to the tapes.

1           THE COURT:  Okay.  Next is the e-mail to a supporter

2    encouraging him to attack public officials on July 4th, 2009.

3           Same objection?

4           MR. OROZCO:  Same objections, Judge.

5           THE COURT:  What is the objection?

6           MR. OROZCO:  This is the June 2nd e-mail, is that

7    correct?

8           THE COURT:  No.  This is July 4th, 2009, is what it

9    says.

10           MR. OROZCO:  I think we're looking at the wrong

11   dates here, Judge.

12           THE COURT:  What is the date, then.  I have,

13   according to this, it is -- I'm sorry.  Wait a second.  Strike

14   it.  We're not talking about that.

15           This is e-mail to a reader about a George Tiller

16   murder on June 1st, 2009.  Is that the next item?

17           MR. RIDGWAY:  Your Honor, an e-mail of May 31, 2009.

18           THE COURT:  I was giving the wrong date.  I beg your

19   pardon.

20           It's a May 31st, 2009 e-mail to a supporter

21   encouraging supporter to attack public officials.  Is there

22   objection to that?

23           MR. OROZCO:  Again, Judge, objection over relevancy.

24           THE COURT:  I think it is relevant, so I will

25   overrule the objection.

1          The next is the e-mail to a reader about the George

2   Tiller murder on June 1st.

3          MR. OROZCO:  Judge, that's highly prejudicial.

4          THE COURT:  Well, all evidence, if it's relevant, is

5   prejudicial.  Let me see it.

6          MR. OROZCO:  Briefly, if I may submit, George Tiller

7   is not a public official.  George Tiller is the abortion

8   doctor.

9          THE COURT:  I know.

10          MR. OROZCO:  I don't see how that is relevant to the

11   issue at hand.  If the prosecution, as you instructed them, is

12   limited to proving on June 2nd and June 3rd as to attacking a

13   public official with intent to impede, I don't see how George

14   Tiller comes into play.

15          THE COURT:  I would listen to you, Mr. Ridgway.

16          MR. RIDGWAY:  Your Honor, this also, we think, goes

17   to his intent to intimidate and to impede.  Just because

18   George Tiller is not a public official doesn't mean -- it's

19   someone whom the defendant disagrees with on a social issue.

20   And so I think that's what is animating Defendant's intent of

21   June 2nd and June 3rd.

22          THE COURT:  You will not open the abortion question

23   on this.  I will sustain the objection by counsel.  We're not

24   going to add that, the George Tiller murder in here.

25          The next, and last thing, as I understand it, the

1   e-mail to a person who criticized him on June 2nd saying, "It

2   won't be so funny when you see what happens when they catch

3   him going to work."

4           MR. OROZCO:  The same objections as with the Tiller

5   objections.  This is a private e-mail.  It's not going out on

6   the Internet.  And it's certainly not with regard to any

7   public official.  I fail to see how it's relevant to the

8   charge.

9           THE COURT:  I think it is relevant to his intent and

10  to whether it's a true threat or not.  I will permit that to

11  come in.

12          Now, where can I watch these two Web casts?

13          MR. HOGAN:  We have disks.  I'm not sure if we have

14  them in court with us.  I can bring them back over here.  But,

15  you know, I can tell you, Judge, the representation that this

16  is all interrelated, and that there's portions that need to be

17  played.

18          THE COURT:  I understand.  Do you have a transcript

19  of the entire thing?

20          MR. RIDGWAY:  We don't.

21          THE COURT:  I read faster than I watch.

22          MR. HOGAN:  It's two hours long, and it's all oral.

23  There's no video.

24          THE COURT:  I understand.

25          MR. HOGAN:  I think what we have -- and maybe Mr.

1   Ridgway can correct me on this.  I think what we have is the

2   entire Web cast and the clip; they're separate.

3            THE COURT:  Good.  I would like to see both.

4            MR. HOGAN:  We'll try and provide them in that

5   format to you.  It may take us a couple minutes to go back and

6   forth.

7            THE COURT:  Where is my office?

8            THE CLERK:  730 South.

9            THE COURT:  If you bring it up to me, I'll watch it.

10           MR. HOGAN:  Yes.

11           THE COURT:  I gather that I can load it in and tell

12  what parts you want in, and the whole Web cast follows.

13           MR. RIDGWAY:  We can give time spots for sections we

14  would like to admit, and then you can listen to the entire Web

15  cast.

16           THE COURT:  You have a transcript in the motion that

17  indicates what parts you want in there.

18           MR. HOGAN:  Well, the parts we want in there are

19  quoted in our brief.  It's very short.

20           THE COURT:  The first, I would decide for myself.

21  And next, I believe, is the retaliation.

22           MR. HOGAN:  We can point you to the portion.

23           THE COURT:  Bring the stuff, I'll have it ready for

24  tomorrow morning; a ruling on it.

25           MR. SANAN:  Judge, can we have a second?

Case 1:09-cr-00650-DEW-JMA   Document 61   Filed 03/02/10   Page 32 of 42 PageID #: 532

1          Judge, based on your ruling this morning about how
2    everything is limited to no FBI materials, everything like
3    that.  In accordance with that, here's my question to Your
4    Honor:  If they have a witness on the stand, and I'm assuming
5    it may be the first or second witness tomorrow morning, that
6    opens the door to the 2005 statement that Hal Turner made
7    regarding Judge Lefkow -- you heard Judge Lefkow come up in
8    the opening of Ms. MacArthur.

9          THE COURT:  Yes.

10         MR. SANAN:  They open that door up and they ask the
11   question, In 2005 did Hal Turner make a statement regarding
12   Judge Lefkow -- because this evidence came in the first trial.
13   There's one statement, I think, it said she's worthy of death
14   or got you was one of those things.

15         It's my understanding in 2005 he was an FBI
16   informant when he made that statement.  And it's our position
17   if they bring up that evidence, that opens the door for us to
18   ask about that on cross.  I'd ask this Court for a ruling
19   based on that.

20         MR. HOGAN:  Well, we don't intend to do it.

21         THE COURT:  Look, they open the door, A, I'm going
22   to be angry.  And B, I don't know what will happen.  If he was
23   an FBI informant at the time, and you-all put that in, it
24   sounds to me like he's got a legitimate question.  But you've
25   just assured me you're not going to.

1          MR. HOGAN:  We're not.

2          THE COURT:  Great.

3          See you-all in the morning at 9:30.

4          (Whereupon the matter was adjourned to March 2,

5    2010, at 9:30 a.m.)

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

## INDEX

WITNESS:                                                                              PAGE:


OPENING STATEMENT - MS. MAC ARTHUR                        15

*****

U.S.A. v. HAROLD TURNER                                          1

**$**

$40 [1] - 24:9

**0**

07102 [1] - 1:20
09-CR-650 [1] - 1:3

**1**

1 [1] - 1:7
11201 [1] - 2:2
115(1)(b) [1] - 6:7
13th [2] - 26:21, 27:6
15 [2] - 27:21, 34:3
15-minute [1] - 13:23
16 [1] - 2:16
18 [1] - 6:7
1901 [1] - 1:19
1:00 [1] - 1:8
1:40 [1] - 14:2
1st [2] - 28:16, 29:2

**2**

2 [1] - 33:4
20 [1] - 27:21
2005 [5] - 19:7, 20:12, 32:6, 32:11, 32:15
2009 [19] - 5:24, 5:25, 6:1, 15:12, 15:23, 16:14, 16:17, 16:21, 17:23, 21:12, 21:21, 21:25, 23:22, 24:23, 28:2, 28:8, 28:16, 28:17, 28:20
201 [1] - 1:22
2010 [2] - 1:7, 33:5
219 [1] - 1:15
225 [1] - 2:2
22nd [2] - 5:24, 24:23
2:00 [1] - 24:17
2nd [20] - 5:25, 15:12, 15:23, 16:10, 16:14, 16:17, 16:21, 17:8, 17:23, 20:19, 21:13, 21:22, 23:2, 23:22, 25:1, 27:11, 28:6, 29:12, 29:21, 30:1

**3**

3 [1] - 27:7
31 [1] - 28:17
31st [1] - 28:20
327 [1] - 1:22
3:00 [1] - 13:19
3:30 [2] - 13:19, 13:22
3rd [14] - 6:1, 16:14, 16:17, 16:21, 17:8, 21:12, 21:21, 21:25, 22:14, 23:2, 23:22, 25:1, 29:12, 29:21

**4**

403 [1] - 27:16
4:00 [1] - 13:23
4th [2] - 28:2, 28:8

**5**

500 [1] - 1:16
5:00 [1] - 13:23

**6**

60604 [2] - 1:16, 1:23

**7**

718-613-2647 [1] - 2:3
730 [1] - 31:8
744 [1] - 1:19
7th [5] - 19:24, 20:2, 20:6, 21:1, 21:18

**8**

8:57 [1] - 21:21

**9**

9:30 [7] - 13:11, 13:13, 13:15, 13:19, 24:11, 33:3, 33:5

**A**

a.m [2] - 21:22, 33:5
ability [1] - 23:10
able [2] - 10:14, 11:25
abortion [2] - 29:7, 29:22
absolutely [1] - 25:3
absurd [2] - 26:5, 26:6
accept [1] - 8:7
access [1] - 22:4
accidentally [1] - 18:11
accomplish [1] - 2:20
accordance [1] - 32:3
according [1] - 28:13
account [2] - 6:6, 24:14
accusation [1] - 6:9
achieving [1] - 18:15
act [2] - 18:8, 21:9
actions [1] - 16:12
add [1] - 29:24
added [2] - 18:25, 27:23
additional [1] - 22:24
addresses [2] - 22:15, 22:19
adjourned [1] - 33:4

admit [1] - 31:14
affirmed [1] - 5:9
ago [1] - 17:16
agree [1] - 9:1
alleges [1] - 5:25
Allen [1] - 4:3
allow [1] - 27:12
allowed [2] - 11:11, 21:8
allowing [1] - 25:9
Amendment [1] - 16:9
America [1] - 21:5
AMERICA [1] - 1:3
American [1] - 18:1
and-a-half [2] - 13:22, 27:10
angry [1] - 32:22
animating [1] - 29:20
answered [1] - 2:17
Anthony [1] - 3:11
anti [1] - 22:13
anti-bomb [1] - 22:13
anytime [1] - 8:1
apologize [1] - 15:20
appealed [1] - 19:24
Appeals [2] - 19:24, 21:18
appearance [3] - 9:22, 11:1, 12:14
APPEARANCES [1] - 1:12
appeared [1] - 22:24
appellate [4] - 15:12, 15:23, 17:11, 18:6
applicable [1] - 18:1
apply [1] - 7:22
appointed [1] - 15:18
April [1] - 24:23
area [1] - 22:7
argue [1] - 27:8
argument [2] - 7:13, 7:20
arguments [2] - 7:16, 8:16
arrested [1] - 20:9
arrows [1] - 22:12
ARTHUR [6] - 1:14, 15:1, 15:10, 15:16, 15:22, 34:3
assault [5] - 6:2, 16:18, 16:24, 23:2
assigned [2] - 17:15, 19:22
assist [2] - 6:20, 11:8
associated [1] - 21:15
assume [1] - 14:17
assuming [1] - 32:4
assured [1] - 32:25
attack [2] - 28:2, 28:21
attacking [1] - 29:12
Attard [3] - 4:1, 4:12, 5:4
attitude [1] - 9:23
Attorney's [1] - 1:15
attorneys [1] - 3:1
attorneys' [1] - 1:17
available [1] - 21:19
avoid [2] - 10:25, 12:14

RONALD E. TOLKIN, RMR, CRR
OFFICIAL COURT REPORTER

## B

bad [2] - 18:10, 18:11
badges [1] - 13:8
BAILEY [1] - 1:18
Ban [1] - 17:25
ban [2] - 16:1, 18:3
banner [1] - 22:2
barriers [1] - 22:13
based [6] - 5:23, 16:12, 16:13, 23:19, 32:1, 32:19
basis [1] - 19:12
Bauer [2] - 17:12, 21:19
bear [1] - 23:5
become [1] - 19:8
BEFORE [1] - 1:9
beforehand [1] - 27:21
beg [1] - 28:18
began [3] - 20:8, 22:1
beginning [1] - 6:16
behavior [1] - 9:23
behind [1] - 5:1
Behold [1] - 22:1
believability [1] - 9:20
believes [1] - 8:22
below [1] - 17:19
beyond [3] - 7:6, 17:3, 22:25
blood [2] - 18:24, 19:3
blueprint [1] - 22:4
bodies [1] - 20:16
bomb [1] - 22:13
break [6] - 10:17, 10:18, 11:2, 13:6, 13:20
breaks [2] - 10:16, 13:23
brewing [1] - 27:22
brief [1] - 31:19
briefly [1] - 29:6
bring [6] - 11:3, 11:5, 30:14, 31:9, 31:23, 32:17
Broad [1] - 1:19
Brooklyn [3] - 1:5, 2:2, 15:19
brought [1] - 17:14
building [5] - 10:23, 20:13, 22:10, 22:11, 22:12
burden [5] - 7:4, 7:7, 17:3, 23:5, 23:6
buy [1] - 8:19
BY [1] - 1:20

## C

Cadman [2] - 2:2, 12:10
cannot [1] - 24:1
card [1] - 19:8
careful [2] - 24:10, 24:14
carry [2] - 23:6, 23:10
case [32] - 5:10, 5:16, 5:18, 5:20, 6:16, 7:7, 7:9, 7:14, 8:14, 9:6, 9:24, 10:11, 11:14, 11:21, 11:23, 12:8, 12:18, 13:3,

14:9, 15:17, 15:24, 16:13, 17:4, 17:18, 19:15, 19:22, 20:4, 23:6, 23:15, 24:3, 24:12, 25:25
cases [2] - 17:14, 20:1
cast [8] - 24:22, 25:16, 26:20, 27:4, 27:6, 31:2, 31:12, 31:15
casts [1] - 30:12
catch [1] - 30:2
certain [1] - 9:2
certainly [3] - 11:6, 14:5, 30:6
Chamberlain [3] - 3:13, 4:11, 4:22
chambers [1] - 2:16
chance [1] - 7:13
charge [7] - 6:10, 6:22, 16:16, 17:4, 17:7, 25:3, 30:8
charged [4] - 7:5, 16:13, 20:9, 24:5
charges [1] - 17:2
check [1] - 4:16
Chicago [7] - 1:16, 1:23, 14:8, 15:13, 15:18, 15:24, 16:1, 17:13, 17:24, 19:6, 20:13
chooses [1] - 7:10
chose [1] - 22:17
chosen [1] - 25:12
church [2] - 19:21, 19:24
churches [1] - 19:22
Circuit [5] - 19:24, 20:2, 21:1, 21:18
Circuit's [1] - 20:6
circumstances [1] - 10:2
cities [1] - 18:3
City [1] - 16:1
city [2] - 16:2, 19:6
civil [1] - 27:22
clearly [1] - 10:11
CLERK [3] - 2:6, 10:20, 31:8
clerk [1] - 5:11
clip [1] - 31:2
clipped [1] - 27:2
close [2] - 5:18, 7:20
closing [1] - 7:14
Code [1] - 6:7
Cogan [1] - 5:5
commenced [1] - 5:20
comment [1] - 8:1
commentary [5] - 18:7, 18:12, 18:13, 19:4, 20:21
comments [1] - 17:21
committed [1] - 16:11
communicate [1] - 23:16
commuting [1] - 13:13
complete [1] - 25:19
completed [1] - 7:9
completeness [1] - 25:10
Completeness [3] - 25:15, 26:11, 27:13
concerning [2] - 9:10, 12:24
conclusion [2] - 7:12, 11:20
confer [1] - 9:9
conscientiously [1] - 8:4

conscious [1] - 13:17
consider [7] - 5:18, 9:3, 9:5, 9:22, 11:18, 20:1, 26:13
considering [2] - 7:22, 9:21
consists [1] - 8:14
constituted [1] - 25:2
constitutes [1] - 8:6
constitution [2] - 21:5, 21:11
contact [3] - 12:2, 22:7, 22:18
contained [2] - 6:22, 22:12
contentions [1] - 7:17
context [3] - 14:10, 26:12, 27:23
contingent [1] - 13:1
controversial [1] - 15:24
convenience [1] - 9:12
convicted [1] - 20:11
conviction [1] - 20:13
convince [1] - 27:9
correct [2] - 28:7, 31:1
correctly [2] - 3:16, 20:4
counsel [3] - 2:8, 15:10, 29:23
couple [2] - 10:16, 31:5
course [2] - 11:15, 12:8
COURT [59] - 1:1, 2:7, 2:17, 3:3, 4:15, 4:19, 5:6, 5:13, 10:21, 13:15, 14:4, 14:12, 14:16, 14:23, 15:3, 15:5, 15:7, 15:14, 19:12, 19:16, 24:7, 24:19, 25:6, 25:14, 25:20, 25:23, 26:2, 26:6, 26:11, 26:17, 26:20, 26:24, 27:5, 27:12, 27:15, 28:1, 28:5, 28:8, 28:12, 28:18, 28:24, 29:4, 29:9, 29:15, 29:22, 30:9, 30:18, 30:21, 30:24, 31:3, 31:7, 31:9, 31:11, 31:16, 31:20, 31:23, 32:9, 32:21, 33:2
Court [16] - 1:22, 2:1, 2:1, 14:7, 15:10, 15:25, 17:25, 19:24, 21:2, 21:7, 21:18, 26:15, 27:20, 27:24, 32:18
court [15] - 2:24, 5:23, 11:8, 11:9, 13:1, 15:12, 15:23, 16:24, 17:15, 18:2, 18:6, 19:10, 19:25, 20:24, 30:14
Court's [1] - 15:1
Courthouse [1] - 1:4
courthouse [1] - 17:13
courtroom [10] - 9:6, 9:11, 12:4, 12:21, 13:4, 13:15, 14:2, 14:23, 15:6, 24:17
coverage [2] - 12:18, 12:19
credibility [1] - 9:19
crime [4] - 16:11, 16:13, 19:6, 19:8
criminal [5] - 5:20, 7:7, 7:25
criticize [1] - 16:7
criticized [1] - 30:1
cross [1] - 32:18
crossed [1] - 16:10
CRR [1] - 2:1
current [1] - 25:3

## D

darn [1] - 27:15

U.S.A. v. HAROLD TURNER                                           3

date [2] - 28:12, 28:18
dated [2] - 5:24, 24:22
dates [1] - 28:11
days [3] - 16:15, 17:1, 23:18
Dearborn [1] - 1:15
death [7] - 16:5, 16:10, 18:12, 20:8, 23:2, 24:2, 32:13
decide [4] - 8:17, 17:14, 17:17, 31:20
decided [2] - 13:3, 20:3
deciding [1] - 2:12
decision [22] - 12:20, 15:13, 15:24, 16:4, 16:6, 16:7, 17:16, 17:19, 17:22, 20:4, 20:7, 20:8, 20:21, 21:17, 21:18, 21:25, 22:3, 23:4, 23:21, 26:3, 26:16
decisions [2] - 17:17, 18:6
defendant [25] - 5:22, 6:1, 6:8, 6:10, 6:24, 7:2, 7:3, 7:7, 7:9, 16:3, 18:22, 18:25, 19:1, 19:4, 19:5, 21:14, 22:3, 22:13, 22:17, 22:22, 23:8, 23:10, 23:19, 23:22, 29:19
Defendant [3] - 1:7, 1:18, 18:13
Defendant's [1] - 29:20
defendant's [4] - 23:12, 23:16, 23:17, 27:7
defense [5] - 2:8, 7:10, 24:24, 25:6, 25:14
defiance [1] - 18:20
deliberations [2] - 11:20, 11:22
denied [1] - 6:10
describing [2] - 18:5, 20:23
description [2] - 20:20, 21:25
deserve [2] - 19:2, 21:10
designed [1] - 7:16
despised [1] - 16:3
despite [1] - 11:24
detailed [1] - 5:17
determine [4] - 7:24, 8:12, 8:13, 9:16
determining [1] - 8:3
deterred [1] - 24:2
Devils [1] - 22:2
DIANE [1] - 1:14
Didyk [1] - 3:10
die [1] - 21:11
difficulty [1] - 2:12
diligently [1] - 8:4
direct [1] - 9:2
disagree [1] - 8:9
disagrees [1] - 29:19
discharged [1] - 13:2
discuss [6] - 9:12, 11:14, 11:21, 14:21, 14:23, 24:12
disks [1] - 30:13
disobedience [1] - 18:21
disregard [3] - 8:2, 9:2, 9:4
DISTRICT [2] - 1:1, 1:1
district [1] - 19:9
District [2] - 1:10, 15:17
doctor [1] - 29:8
document [1] - 25:10

documents [1] - 6:21
dollars [1] - 24:9
DONALD [1] - 1:10
done [1] - 10:25
door [4] - 32:6, 32:10, 32:17, 32:21
doubt [5] - 7:6, 17:3, 23:1, 25:22, 27:4
down [3] - 4:19, 4:24, 12:12
downtown [1] - 11:7
drastic [1] - 27:9
draw [1] - 7:19
drawn [1] - 8:18
drinks [1] - 11:4
due [1] - 26:8
Dumpert [5] - 3:5, 4:10, 4:19, 4:21, 5:1
during [10] - 9:7, 9:8, 10:8, 10:16, 11:2, 11:15, 11:19, 11:20, 12:3, 20:18
duties [2] - 6:5, 6:6
duty [4] - 8:3, 8:7, 8:8, 8:21

## E

e-mail [10] - 21:14, 21:17, 28:1, 28:6, 28:15, 28:17, 28:20, 29:1, 30:1, 30:5
earned [2] - 24:9, 24:10
easier [1] - 5:2
East [1] - 2:2
Easterbrook [2] - 17:12, 21:19
EASTERN [1] - 1:1
eat [2] - 11:3, 12:10
eight [1] - 21:22
element [1] - 7:5
elevator [3] - 12:15, 12:16, 12:17
emphasis [1] - 8:5
enabled [1] - 18:3
encouraging [2] - 28:2, 28:21
end [3] - 17:4, 20:14, 24:3
ended [1] - 20:21
engaged [1] - 6:4
Englander [1] - 4:4
entered [3] - 6:11, 20:18, 20:24
enters [1] - 15:6
entire [11] - 21:11, 21:17, 25:10, 25:11, 26:16, 26:17, 27:2, 27:3, 30:19, 31:2, 31:14
entirely [1] - 27:3
entitled [1] - 10:6
equal [1] - 8:5
established [1] - 8:18
eventually [1] - 20:9
everyday [1] - 12:18
evidence [33] - 5:17, 6:17, 6:19, 6:22, 6:23, 7:1, 7:2, 7:3, 7:8, 7:11, 7:12, 7:15, 7:18, 7:19, 8:13, 8:15, 8:16, 8:17, 8:18, 8:19, 8:21, 8:22, 9:3, 10:3, 11:16, 13:4, 17:6, 19:17, 23:17, 24:21, 29:4, 32:12, 32:17
example [1] - 21:10
excerpted [1] - 27:2
excerpts [1] - 25:12

exclude [1] - 27:16
excuse [2] - 6:14, 15:14
excused [15] - 3:6, 3:9, 3:10, 3:11, 3:12, 3:15, 3:18, 3:20, 3:25, 4:3, 4:4, 4:6, 4:7, 4:8, 9:11
excuses [1] - 4:17
exhibits [1] - 8:15

## F

faced [1] - 18:19
faces [1] - 22:6
fact [3] - 6:10, 13:17, 18:16
facts [11] - 6:12, 7:25, 8:1, 8:2, 8:4, 8:12, 8:13, 8:18, 10:2, 10:13, 10:21
fail [1] - 30:7
family [1] - 24:24
faster [2] - 2:21, 30:21
favor [1] - 19:23
FBI [3] - 32:2, 32:15, 32:23
fear [1] - 17:9
February [2] - 19:7, 20:12
federal [4] - 2:11, 17:13, 18:2, 20:13
few [1] - 17:5
figure [1] - 17:18
filled [1] - 25:17
final [2] - 11:20, 11:22
fine [1] - 5:7
firearms [1] - 18:4
First [1] - 16:8
first [8] - 4:16, 4:20, 4:25, 5:6, 6:14, 11:14, 12:15, 12:16, 19:2, 21:22, 31:20, 32:5, 32:12
focus [2] - 17:21, 23:15
follow [4] - 8:8, 14:1, 22:15
followed [1] - 15:25
following [3] - 11:13, 17:24, 20:22
follows [1] - 31:12
forgot [2] - 2:9, 15:15
format [1] - 31:5
forth [1] - 31:6
four [2] - 12:20, 24:21
fourth [1] - 18:13
franco [1] - 4:8
Frank [1] - 17:12
Frazer [3] - 3:19, 4:11, 4:24
free [3] - 4:15, 16:7, 18:19
Fulcher [3] - 4:9, 4:12, 5:5
funny [1] - 30:2

## G

gather [2] - 25:20, 31:11
gentlemen [5] - 2:9, 2:18, 2:19, 5:14, 24:8
George [7] - 28:15, 29:1, 29:6, 29:7, 29:13, 29:18, 29:24
given [4] - 8:6, 9:20, 12:1, 25:5

U.S.A. v. HAROLD TURNER                                          4

gonna [1] - 12:16
Google [1] - 12:23
Government [1] - 1:13
government [17] - 5:22, 6:14, 6:15, 6:19, 6:21, 6:23, 7:5, 7:10, 7:19, 13:9, 17:2, 19:18, 22:25, 23:5, 24:20, 24:22, 26:25
grand [1] - 5:23
great [1] - 33:2
guidance [1] - 8:7
guilt [1] - 6:9
guilty [4] - 6:11, 7:23, 24:5
Gun [1] - 17:24
gun [1] - 18:1
gunman [1] - 20:24
guns [1] - 18:16

**H**

Hal [16] - 6:2, 16:9, 16:12, 16:17, 16:21, 17:7, 17:21, 17:22, 17:24, 19:8, 21:1, 21:23, 23:1, 24:5, 32:6, 32:11
Hale [9] - 19:5, 19:7, 19:15, 19:20, 19:21, 19:23, 20:7, 20:9, 20:11
Hale's [1] - 20:12
half [2] - 13:22, 27:10
hall [1] - 12:12
HalTurnerRadioNetwork.com [1] - 21:16
hand [6] - 2:14, 5:8, 8:5, 10:10, 27:17, 29:11
handgun [4] - 17:16, 17:22, 22:3, 23:4
handguns [1] - 16:2
handle [1] - 15:18
handling [1] - 20:5
happy [1] - 11:8
harm [2] - 12:11, 23:2
Harold [2] - 6:1, 16:3
HAROLD [1] - 1:6
Harris [3] - 3:21, 4:11, 4:25
headline [1] - 17:24
hear [3] - 2:11, 10:7, 10:14
heard [4] - 9:6, 11:16, 23:13, 32:7
hearing [2] - 9:9, 10:9
held [1] - 20:4
Heller [1] - 17:25
highly [1] - 29:3
himself [1] - 23:9
hint [2] - 21:2, 22:23
Hogan [1] - 26:25
HOGAN [22] - 1:13, 4:14, 14:7, 14:15, 14:20, 14:25, 25:16, 25:22, 26:1, 26:5, 26:8, 26:15, 26:19, 30:13, 30:22, 30:25, 31:4, 31:10, 31:18, 31:22, 32:20, 33:1
home [9] - 2:22, 11:4, 11:11, 13:21, 20:15, 20:24, 22:14, 22:19, 24:9
Honor [14] - 4:14, 14:14, 15:1, 15:22, 24:25, 25:8, 25:9, 26:8, 26:19, 27:1, 27:14, 28:17, 29:16, 32:4

HONORABLE [1] - 1:10
hope [1] - 16:16
hopes [2] - 6:19, 19:18
horrific [2] - 19:6, 19:8
hour [1] - 13:22
hours [3] - 21:22, 25:16, 30:22
house [3] - 20:15, 20:16, 20:18
Humphrey [1] - 19:10
Humphrey-Lefkow [1] - 19:10
husband [2] - 20:16, 20:25

**I**

idea [1] - 8:10
identification [1] - 10:19
identifies [1] - 10:23
ignored [1] - 21:6
Illinois [3] - 1:16, 1:23, 15:17
impede [6] - 6:3, 16:22, 17:10, 23:20, 29:13, 29:17
importance [1] - 9:15
important [6] - 8:3, 10:7, 10:13, 11:12, 13:3, 25:24
impose [1] - 7:6
imposed [1] - 16:1
improbability [1] - 10:1
impropriety [2] - 11:1
inclination [1] - 9:25
included [1] - 25:11
including [1] - 12:25
incorrect [1] - 26:15
independent [2] - 13:5, 24:13
INDEX [1] - 34:1
indicated [1] - 21:17
indicates [1] - 31:17
indictment [4] - 5:23, 5:24, 6:8, 6:22
inferences [2] - 7:18, 8:17
informant [2] - 32:16, 32:23
information [3] - 12:25, 15:2, 22:7
inside [1] - 20:15
insist [1] - 27:13
instill [1] - 17:9
instruct [1] - 7:21, 8:6
instructed [1] - 9:4, 29:11
instruction [2] - 11:13, 14:7
instructions [2] - 5:17, 11:17
intend [3] - 23:19, 25:19, 32:20
intended [2] - 5:15, 23:9
intends [1] - 7:2
intent [11] - 6:3, 6:5, 16:18, 16:23, 17:9, 23:3, 23:16, 29:13, 29:17, 29:20, 30:9
intentionally [3] - 18:10, 21:5, 21:6
interest [1] - 9:23
interesting [1] - 12:22
interfere [2] - 6:3, 16:22
interlaced [1] - 18:12
Internet [12] - 12:23, 16:14, 17:8, 20:20, 21:13, 21:20, 21:23, 21:24,

22:14, 22:17, 23:23, 30:6
interrelated [1] - 30:16
interrupt [1] - 15:14
interruptions [1] - 9:14
intimidate [4] - 6:3, 16:5, 16:22, 29:17
introduce [1] - 6:21
introducing [1] - 7:8
introduction [3] - 5:15, 6:19, 7:1
invoked [1] - 26:11
invokes [1] - 25:14
involved [1] - 19:9
irrelevant [2] - 25:17, 27:17
issue [3] - 23:15, 29:11, 29:19
issued [4] - 15:13, 15:24, 17:7, 22:2
issues [3] - 6:12, 12:25, 13:8
issuing [2] - 16:5, 23:3
item [1] - 28:16

**J**

Jefferson [1] - 18:22
jeopardy [2] - 18:2, 18:17
Jersey [1] - 1:20
Joan [1] - 19:10
job [1] - 17:10
judge [13] - 3:1, 9:19, 17:13, 17:15, 19:9, 19:10, 20:6, 20:10, 20:25, 27:19, 29:3, 31:25, 32:1
Judge [17] - 1:10, 19:22, 19:23, 20:3, 20:8, 20:13, 20:23, 22:23, 24:23, 26:23, 28:4, 28:11, 28:23, 30:15, 32:7, 32:12
judge's [1] - 20:25
judges [39] - 2:11, 2:13, 6:3, 6:4, 6:5, 8:1, 10:13, 10:21, 15:12, 15:23, 15:25, 16:4, 16:9, 16:23, 17:9, 17:11, 17:15, 18:6, 18:15, 18:18, 19:2, 19:25, 20:2, 20:22, 21:4, 21:9, 22:2, 22:4, 22:6, 22:9, 22:15, 22:16, 23:1, 23:9, 23:13, 23:16, 23:23, 24:1
Judges [1] - 21:18
judges' [2] - 20:21, 21:24
judicial [1] - 18:9
judiciary [1] - 21:11
July [3] - 5:24, 28:2, 28:8
June [35] - 5:25, 6:1, 15:12, 15:23, 16:10, 16:13, 16:14, 16:17, 16:21, 17:8, 17:23, 20:19, 21:12, 21:13, 21:21, 21:22, 21:25, 22:14, 23:2, 23:22, 25:1, 27:11, 28:6, 28:16, 29:2, 29:12, 29:21, 30:1
JUROR [1] - 2:16
juror [3] - 10:22, 10:23, 13:5
JURORS [1] - 13:14
jurors [4] - 5:10, 7:24, 14:2, 24:25
jury [20] - 1:11, 2:21, 2:23, 3:2, 4:16, 5:23, 6:12, 10:12, 10:19, 11:4, 11:12, 12:4, 13:7, 15:5, 15:6, 15:11, 24:16, 24:17, 25:5, 26:13
JURY [1] - 5:12

U.S.A. v. HAROLD TURNER                                    5

**K**

keep [1] - 11:19
keeping [1] - 20:6
key [1] - 23:15
kill [2] - 18:20, 23:9
killed [3] - 19:3, 20:17, 26:22
killing [1] - 21:2
kind [3] - 5:15, 6:20, 25:17
Kirsch [5] - 3:7, 4:10, 4:20, 4:21, 4:22
known [2] - 6:1, 22:12
Koch [1] - 3:6
Kogan [2] - 4:5, 4:12
Kotlyarsky [3] - 3:16, 4:11, 4:23

**L**

ladies [4] - 2:9, 2:19, 5:14, 24:8
last [3] - 4:24, 14:8, 29:25
lau [1] - 3:20
law [13] - 5:17, 7:6, 7:21, 8:6, 8:7, 8:8, 8:10, 8:11, 9:10, 11:17, 12:25, 15:25, 17:18
laws [2] - 8:9, 24:1
lawsuit [1] - 20:5
lawyer [4] - 8:21, 8:23, 10:10, 13:1
lawyers [8] - 2:23, 8:15, 8:16, 9:9, 9:13, 10:9, 12:5, 12:9
leading [1] - 23:18
leave [3] - 3:8, 14:2, 14:5
leaves [1] - 24:17
Lefkow [12] - 19:10, 19:22, 19:23, 20:3, 20:6, 20:8, 20:13, 20:23, 22:23, 32:7, 32:12
Lefkow's [1] - 24:23
left [1] - 20:13
legitimate [1] - 32:24
lesson [2] - 21:3, 22:24
liberty [4] - 8:2, 8:10, 18:23, 19:3
lifetime [1] - 18:19
light [1] - 21:23
limine [1] - 24:20
limit [1] - 9:14
limited [2] - 29:12, 32:2
limits [1] - 16:2
line [1] - 16:10
list [1] - 2:18
listed [1] - 22:7
listen [6] - 12:19, 24:14, 24:24, 27:24, 29:15, 31:14
listening [1] - 9:18
listing [3] - 16:14, 17:23, 22:19
LLC [1] - 1:18
load [1] - 31:11
Lockard [1] - 3:12
look [5] - 6:8, 17:17, 26:13, 27:15, 32:21
looked [2] - 20:3, 21:20

looking [1] - 28:10
lounge [1] - 4:16
lower [1] - 20:24
lunch [6] - 11:2, 11:3, 11:6, 13:20, 13:23

**M**

MAC [6] - 1:14, 15:1, 15:10, 15:16, 15:22, 34:3
MacArthur [6] - 15:8, 15:9, 15:20, 19:19, 19:20, 32:8
mail [10] - 21:14, 21:17, 28:1, 28:6, 28:15, 28:17, 28:20, 29:1, 30:1, 30:5
major [1] - 21:6
malfeasance [2] - 18:9, 18:10
map [1] - 22:10
March [2] - 1:7, 33:4
material [1] - 25:9
materials [1] - 32:2
Matt [10] - 19:5, 19:7, 19:14, 19:20, 19:21, 19:23, 20:7, 20:9, 20:11, 20:12
matter [2] - 9:16, 33:4
matters [1] - 9:12
McQuade [3] - 3:22, 4:11, 5:2
mean [4] - 12:7, 13:12, 13:20, 29:18
meaning [2] - 18:15, 18:18
means [1] - 23:10
meant [1] - 19:5
measures [1] - 27:9
members [1] - 15:11
men [1] - 18:19
mention [1] - 19:14
mentioned [3] - 17:11, 17:16, 19:25
message [3] - 20:22, 21:10, 21:14
MICHAEL [1] - 1:20
microwave [1] - 11:5
midnight [1] - 21:12
might [2] - 5:2, 9:22
mind [1] - 11:19
minutes [8] - 2:20, 13:12, 14:4, 14:6, 17:5, 27:21, 31:5
misfeasance [1] - 18:10
moment [1] - 17:16
months [1] - 23:18
Moore [3] - 3:21, 4:11, 4:25
Moore-Harris [3] - 3:21, 4:11, 4:25
morning [6] - 12:9, 13:16, 13:24, 21:21, 24:11, 31:24, 32:1, 32:5, 33:3
most [1] - 18:8
mother [2] - 20:16, 20:25
motion [2] - 24:20, 31:16
move [4] - 4:19, 4:21, 4:24
moved [2] - 14:9, 15:19
MR [45] - 4:14, 14:7, 14:15, 14:20, 14:25, 19:11, 19:13, 24:25, 25:8, 25:16, 25:22, 26:1, 26:3, 26:5, 26:8, 26:15, 26:19, 26:23, 27:1, 27:6, 27:14, 27:19, 28:4, 28:6, 28:10, 28:17, 28:23, 29:3,

29:6, 29:10, 29:16, 30:4, 30:13, 30:20, 30:22, 30:25, 31:4, 31:10, 31:13, 31:18, 31:22, 31:25, 32:10, 32:20, 33:1
MS [5] - 15:1, 15:10, 15:22, 19:20, 34:3
municipalities [1] - 18:1
murder [9] - 6:2, 16:18, 16:19, 16:24, 20:10, 24:23, 28:16, 29:2, 29:24
murders [2] - 20:24, 22:23
must [5] - 7:21, 7:22, 9:3, 12:20, 18:23
mustered [1] - 23:23

**N**

name [4] - 4:15, 19:5, 19:10, 19:22
named [1] - 17:12
nation [2] - 8:9, 24:1
nearby [1] - 16:1
necessary [1] - 9:8
need [4] - 2:24, 4:17, 10:17, 30:16
needed [3] - 21:3, 22:24, 27:10
needn't [1] - 11:2
needs [2] - 25:18, 27:23
never [1] - 16:5
NEW [1] - 1:1
new [1] - 22:24
New [3] - 1:5, 1:20, 2:2
Newark [1] - 1:20
news [2] - 12:18, 12:19
next [14] - 4:20, 4:21, 4:22, 12:16, 12:17, 16:10, 18:11, 21:21, 26:20, 28:1, 28:16, 29:1, 29:25, 31:21
nISHAY [1] - 1:21
non [1] - 10:17
non-scheduled [1] - 10:17
normal [1] - 12:1
Northern [1] - 15:17
notation [1] - 22:11
note [1] - 27:24
nothing [2] - 6:9, 25:3
number [2] - 9:18, 22:8
Nunez [3] - 3:24, 4:12, 5:4

**O**

obey [3] - 11:12, 14:18, 21:11
objection [12] - 8:22, 8:24, 9:1, 19:11, 25:7, 26:23, 28:3, 28:5, 28:22, 28:23, 28:25, 29:23
objections [4] - 8:20, 28:4, 30:4, 30:5
occasion [1] - 9:11
OF [2] - 1:1, 1:3
offense [1] - 7:5
offer [1] - 26:15
offered [1] - 8:23
office [1] - 31:7
Office [1] - 1:15
Official [1] - 2:1
official [6] - 6:4, 6:6, 29:7, 29:13,

RONALD E. TOLKIN, RMR, CRR
OFFICIAL COURT REPORTER

29:18, 30:7
  officials [3] - 26:21, 28:2, 28:21
  one [10] - 2:10, 4:10, 12:9, 23:4, 26:24, 27:5, 27:19, 27:20, 32:13, 32:14
  open [5] - 7:20, 11:19, 29:22, 32:10, 32:21
  OPENING [1] - 34:3
  Opening [1] - 15:9
  opening [9] - 6:15, 6:16, 6:24, 6:25, 7:1, 7:14, 13:9, 15:2, 32:8
  openings [1] - 14:10
  opens [2] - 32:6, 32:17
  opinion [2] - 20:3, 27:22
  oral [2] - 7:13, 30:22
  order [3] - 16:5, 21:24, 23:20
  originated [1] - 15:18
  Orozco [1] - 26:9
  OROZCO [19] - 1:18, 1:20, 14:14, 19:11, 19:13, 24:25, 25:8, 26:3, 26:23, 27:14, 27:19, 28:4, 28:6, 28:10, 28:23, 29:3, 29:6, 29:10, 30:4
  ought [2] - 8:11, 25:21
  outcome [1] - 9:24
  outline [1] - 6:20
  outrage [1] - 17:24
  outside [2] - 9:6, 9:9
  oven [1] - 11:5
  overrule [1] - 28:25
  overruled [1] - 19:16
  own [5] - 8:10, 18:25, 22:11, 23:17, 27:7
  owners [1] - 18:2
  ownership [1] - 18:4

## P

  p.m [3] - 1:8, 14:3, 24:18
  PAGE [1] - 34:2
  page [4] - 18:5, 18:7, 18:13, 27:6
  pages [1] - 18:11
  panel [1] - 20:2
  pardon [1] - 28:19
  part [2] - 13:5, 20:5
  partiality [1] - 12:14
  particular [1] - 16:13
  parties [4] - 7:17, 8:20, 12:5, 13:1
  parts [3] - 31:12, 31:17, 31:18
  party [4] - 7:12, 8:25, 9:25, 14:17
  patient [1] - 9:16
  patriots [1] - 18:24
  peers [1] - 6:12
  pending [1] - 27:22
  people [8] - 10:24, 12:1, 12:2, 12:12, 18:16, 22:16, 22:21
  perfect [1] - 8:2
  perform [1] - 8:3
  performance [2] - 6:4, 6:6
  permit [2] - 25:6, 30:10
  person [1] - 30:1

  personal [1] - 19:8
  personnel [1] - 11:8
  phone [1] - 22:8
  photograph [1] - 22:11
  photographs [1] - 22:6
  physical [1] - 23:2
  pictures [1] - 22:5
  pieces [1] - 24:21
  Pilutik [1] - 4:6
  place [2] - 12:10, 19:6
  places [1] - 11:7
  plainly [1] - 19:2
  play [2] - 25:19, 29:14
  played [4] - 25:19, 25:21, 26:10, 30:17
  Plaza [1] - 2:2
  plea [1] - 6:11
  plotting [1] - 20:10
  Plymouth [1] - 1:22
  point [2] - 27:20, 31:22
  portion [5] - 25:18, 25:19, 27:1, 27:2, 31:22
  portions [2] - 26:9, 30:16
  position [1] - 32:16
  Posner [2] - 17:12, 21:19
  possession [1] - 16:2
  possible [2] - 9:15, 24:4
  posting [9] - 16:14, 17:23, 20:19, 21:13, 21:22, 22:1, 22:5, 22:14, 27:19
  postings [2] - 23:18, 23:19
  power [2] - 18:15, 23:23
  prefer [1] - 13:25
  prejudice [1] - 8:24
  prejudiced [1] - 8:23
  prejudicial [2] - 29:3, 29:5
  present [5] - 7:11, 7:13, 7:16, 8:20, 17:6
  presented [6] - 6:23, 7:19, 10:8, 10:14, 13:4, 26:9
  press [1] - 12:21
  prevent [2] - 17:9, 23:20
  private [1] - 30:5
  probability [1] - 10:1
  problem [3] - 14:12, 14:13, 14:14
  procedure [2] - 7:25, 9:10
  proceed [3] - 6:13, 19:16, 19:19
  proclaimed [1] - 19:20
  produce [2] - 6:20, 7:2, 7:3
  prohibited [1] - 16:2
  pronouncing [1] - 3:16
  proof [1] - 6:9
  properly [1] - 8:23
  prosecution [4] - 5:22, 19:13, 25:13, 29:11
  protected [1] - 16:8
  prove [4] - 7:5, 17:6, 19:18, 22:25
  provide [2] - 22:3, 31:4
  proving [2] - 17:3, 29:12
  public [7] - 26:21, 28:2, 28:21, 29:7, 29:13, 29:18, 30:7

  purpose [2] - 6:18, 7:24
  purposes [1] - 14:9
  pursuant [1] - 25:9
  put [3] - 18:2, 22:11, 32:23
  puts [1] - 24:22

## Q

  questions [3] - 4:18, 8:15, 9:10
  quoted [2] - 18:22, 31:19

## R

  radio [1] - 27:6
  raise [3] - 2:14, 5:8, 10:10
  raising [1] - 6:11
  rather [1] - 18:10
  reach [2] - 11:20, 22:18
  reached [3] - 22:9, 23:24, 23:25
  read [4] - 9:6, 12:19, 24:13, 30:21
  reader [2] - 28:15, 29:1
  readers [1] - 21:20
  ready [2] - 24:10, 31:23
  real [4] - 18:19, 22:16, 22:21
  really [2] - 13:13, 15:17
  reason [1] - 19:14
  reasonable [3] - 7:6, 17:3, 23:1
  reasons [1] - 24:3
  rebuttal [1] - 7:11
  receive [1] - 20:8
  received [2] - 8:15, 10:6
  Recess [1] - 3:1
  recess [2] - 11:10, 15:4
  recorded [1] - 25:11
  red [1] - 22:12
  Reese [1] - 3:9
  refer [2] - 5:21, 19:5
  reference [2] - 19:7, 22:23
  referred [1] - 22:22
  refrigerator [1] - 11:5
  regard [2] - 27:19, 30:6
  regarding [5] - 8:2, 24:23, 26:21, 32:7, 32:11
  relationship [1] - 9:24
  release [1] - 21:24
  released [1] - 21:13
  relevancy [1] - 28:23
  relevant [6] - 25:4, 28:24, 29:4, 29:10, 30:7, 30:9
  remain [2] - 11:2, 11:9
  remember [2] - 9:15, 24:12
  replenish [1] - 19:1, 19:3
  replenished [1] - 18:23
  report [1] - 11:25
  Reporter [2] - 2:1, 2:1
  reporter [1] - 2:24
  representation [1] - 30:15
  represents [1] - 8:25

U.S.A. v. HAROLD TURNER                                                    7

request [1] - 25:8
required [3] - 6:24, 7:4, 11:9
research [4] - 12:24, 13:2, 13:5, 24:13
respect [1] - 26:8
responded [1] - 16:4
response [2] - 20:20, 21:24
responsible [1] - 14:17
rest [1] - 27:3
rests [1] - 7:10
result [1] - 17:2
retaliate [2] - 6:5, 16:25
retaliation [1] - 31:21
retire [4] - 3:1, 5:18, 11:18, 11:22
return [2] - 24:3, 24:4
returned [1] - 21:23
reversed [2] - 17:20, 20:4
review [2] - 17:14, 17:17
Reyes [1] - 3:15
Richard [1] - 17:12
ridgway [1] - 29:15
RIDGWAY [7] - 1:14, 27:1, 27:6, 28:17, 29:16, 30:20, 31:13
Ridgway [1] - 31:1
rise [4] - 2:6, 5:8, 15:5, 24:16
RMR [1] - 2:1
RONALD [1] - 2:1
Room [1] - 1:16
room [5] - 2:21, 2:23, 3:2, 11:4, 13:7
Rossa [3] - 4:2, 4:12, 5:4
Rule [3] - 25:14, 26:11, 27:13
ruled [2] - 19:23, 20:7, 26:6
rules [2] - 14:18, 14:20
ruling [5] - 17:25, 21:6, 31:24, 32:1, 32:18
rulings [1] - 18:3

**S**

SANAN [3] - 1:21, 31:25, 32:10
scheduled [1] - 10:17
Schultz [1] - 4:7
screen [1] - 16:17
seat [3] - 4:20, 4:24, 4:25
seated [5] - 2:7, 3:3, 5:13, 15:7, 24:19
seats [1] - 5:6
second [6] - 15:15, 18:7, 21:25, 28:13, 31:25, 32:5
Section [1] - 6:7
section [1] - 20:21
sections [1] - 31:13
see [16] - 3:4, 4:17, 12:2, 12:12, 12:15, 12:16, 16:16, 24:14, 26:18, 29:5, 29:10, 29:13, 30:2, 30:7, 31:3, 33:3
seek [2] - 10:25, 24:22
seem [1] - 9:17
self [1] - 19:20
send [1] - 21:10
sent [2] - 20:5, 21:14
separate [2] - 27:3, 31:2

sequestered [2] - 11:12, 14:16
sequestration [2] - 14:19, 14:20
seriously [1] - 26:13
serve [17] - 2:22, 3:5, 3:7, 3:13, 3:14, 3:17, 3:19, 3:21, 3:22, 3:23, 3:24, 4:1, 4:2, 4:5, 4:9, 5:15, 12:4
serves [1] - 6:18
services [1] - 12:23
serving [1] - 4:10
several [1] - 18:11
short [4] - 13:6, 13:20, 31:19
shortly [3] - 20:7, 20:23, 21:12
shot [1] - 27:9
show [6] - 17:7, 23:7, 23:8, 23:9, 23:12, 23:17
showed [1] - 22:5
shown [1] - 7:18
shows [1] - 13:7
side [1] - 27:9
simply [2] - 6:18, 10:9
sit [2] - 14:5, 20:1
situation [1] - 19:9
slaughtered [1] - 20:25
slowly [2] - 9:17, 10:11
snacks [1] - 11:4
social [1] - 29:19
sole [2] - 8:1, 9:19
solely [2] - 8:13, 25:13
solicitation [1] - 19:14
someone [1] - 29:19
sometimes [3] - 5:21, 8:20, 9:1
soon [1] - 11:25
sorry [2] - 16:20, 28:13
sounds [1] - 32:24
South [2] - 1:15, 31:8
speaks [1] - 27:22
spectacular [2] - 18:2, 18:8
spend [1] - 17:5
spent [1] - 18:5
spots [1] - 31:13
Square [1] - 12:11
stand [2] - 17:19, 32:4
start [2] - 15:16, 15:20
started [1] - 17:22
Statement [1] - 15:9
statement [16] - 6:15, 6:16, 6:18, 6:24, 6:25, 10:2, 13:9, 15:2, 25:1, 25:10, 25:11, 25:12, 32:6, 32:11, 32:13, 32:16
STATEMENT [1] - 34:3
statements [3] - 8:16, 25:2, 27:24
STATES [2] - 1:1, 1:3
states [2] - 18:1, 18:3
States [6] - 1:10, 5:21, 6:3, 6:7, 15:25, 21:4
Stockland [1] - 3:18
stood [1] - 18:14
stop [2] - 10:24, 23:3
Street [1] - 1:15, 1:19
strike [1] - 28:13

stuff [1] - 31:23
subject [1] - 12:18
submit [1] - 29:6
substitute [2] - 5:16, 8:10
suburb [1] - 16:1
subway [1] - 13:21
sued [1] - 19:21
Suite [2] - 1:19, 1:22
summations [1] - 11:17
support [2] - 6:22, 7:13
supporter [3] - 28:1, 28:20, 28:21
Supreme [3] - 15:25, 17:25, 21:7
supremist [1] - 19:21
surrendering [1] - 13:17
surviving [1] - 21:9
sustain [2] - 9:1, 29:23
sworn [2] - 5:9, 5:10
system [1] - 7:25

**T**

tag [1] - 10:22
tags [1] - 10:19
tape [2] - 26:16, 26:17
tapes [1] - 27:25
Tapia [2] - 3:14, 4:11
tapia [1] - 4:22
ten [5] - 2:19, 13:12, 14:4, 14:6
tendency [1] - 12:1
testimony [14] - 2:11, 6:21, 8:14, 8:21, 9:2, 9:3, 9:18, 9:20, 9:21, 10:4, 10:8, 14:21, 14:22, 14:24
that'll [1] - 5:7
THE [62] - 2:6, 2:7, 2:17, 3:3, 4:15, 4:19, 5:6, 5:13, 10:20, 10:21, 13:14, 13:15, 14:4, 14:12, 14:16, 14:23, 15:3, 15:5, 15:7, 15:14, 19:12, 19:16, 24:7, 24:19, 25:6, 25:14, 25:20, 25:23, 26:2, 26:6, 26:11, 26:17, 26:20, 26:24, 27:5, 27:12, 27:15, 28:1, 28:5, 28:8, 28:12, 28:18, 28:24, 29:4, 29:9, 29:15, 29:22, 30:9, 30:18, 30:21, 30:24, 31:3, 31:7, 31:8, 31:9, 31:11, 31:16, 31:20, 31:23, 32:9, 32:21, 33:2
thereafter [1] - 20:23
thereby [1] - 6:11
Theresa [2] - 13:6, 14:1
thinking [1] - 13:16
Thomas [1] - 18:22
threat [4] - 22:13, 23:11, 25:2, 30:10
threaten [1] - 23:20
threatened [4] - 6:2, 16:9, 16:18, 23:1
threatening [2] - 16:4, 16:24
threats [4] - 16:8, 18:12, 20:9, 24:2
three [20] - 6:2, 15:12, 15:23, 15:24, 17:11, 17:13, 17:15, 18:6, 19:25, 20:2, 20:20, 20:22, 22:2, 22:4, 22:6, 22:8, 22:15, 23:6, 23:13
throughout [1] - 23:6

thrown [1] - 12:2
Tiller [8] - 28:15, 29:2, 29:6, 29:7, 29:14, 29:18, 29:24, 30:4
time-to-time [1] - 9:8
title [1] - 22:1
Title [1] - 6:7
today [1] - 24:9
together [2] - 11:2, 11:9
TOLKIN [1] - 2:1
tomorrow [6] - 13:16, 13:24, 24:11, 24:15, 31:24, 32:5
took [2] - 19:6, 19:24
topically [1] - 27:3
topics [1] - 12:24
totally [1] - 27:17
Towers [3] - 3:23, 4:12, 5:4
traitors [1] - 21:4
transcript [2] - 30:18, 31:16
tree [3] - 18:23, 19:1, 19:3
trial [14] - 5:16, 6:13, 9:7, 9:8, 10:8, 11:15, 11:19, 12:25, 17:14, 19:9, 19:10, 20:11, 20:12, 32:12
tried [2] - 6:12, 16:21
trouble [1] - 10:9
true [2] - 26:1, 30:10
truly [1] - 5:10
truth [1] - 2:13
truthfully [1] - 10:1
try [5] - 5:10, 9:14, 16:23, 17:18, 31:4
trying [1] - 27:8
TURNER [1] - 1:6
Turner [24] - 6:1, 6:2, 16:3, 16:7, 16:9, 16:12, 16:17, 16:21, 17:7, 17:22, 17:24, 18:5, 18:8, 18:11, 18:18, 20:19, 21:1, 21:23, 23:1, 24:5, 25:4, 27:21, 32:6, 32:11
Turner's [3] - 17:21, 19:8, 25:1
two [11] - 5:6, 13:23, 18:5, 20:17, 22:20, 23:18, 25:16, 27:10, 30:12, 30:22
tyrants [1] - 18:24

## U

U.S [4] - 1:4, 1:15, 21:1, 21:7
ultimate [1] - 18:15
unanimous [1] - 7:23
under [2] - 7:25, 27:16
unfamiliar [1] - 11:7
United [5] - 5:21, 6:2, 6:7, 15:25, 21:4
UNITED [2] - 1:1, 1:3
united [1] - 1:10
up [12] - 8:17, 10:4, 10:12, 14:5, 18:20, 21:23, 23:18, 27:8, 31:9, 32:7, 32:10, 32:17
Upheld [1] - 17:25
upheld [1] - 15:25

## V

value [2] - 9:21, 10:5
venue [1] - 14:9
verdict [6] - 5:19, 7:22, 11:18, 24:4, 24:5
video [1] - 30:23
violated [1] - 21:5
violation [1] - 6:7
violence [1] - 16:8

## W

wait [4] - 12:15, 12:17, 13:7, 28:13
waiting [1] - 2:8
walk [2] - 12:11, 18:20
walls [1] - 12:20
WALTER [1] - 1:10
wants [2] - 25:24, 26:9
war [1] - 27:22
warns [1] - 10:24
watch [5] - 12:19, 24:13, 30:12, 30:21, 31:9
wear [1] - 10:22
Web [9] - 24:22, 25:16, 26:20, 27:3, 27:6, 30:12, 31:2, 31:12, 31:14
weeks [2] - 27:10
weight [3] - 9:20, 9:21, 10:5
white [1] - 19:21
who'll [1] - 2:22
whole [9] - 24:9, 25:20, 25:24, 26:2, 26:4, 26:10, 26:14, 27:15, 31:12
William [1] - 17:12
wILLIAM [1] - 1:13
WILLIAM [1] - 1:14
willing [1] - 18:19
willingness [1] - 26:21
witness [9] - 9:22, 9:24, 9:25, 10:5, 10:10, 12:6, 32:4, 32:5
WITNESS [1] - 34:2
witness' [1] - 10:2
witnessed [1] - 18:9
witnesses [7] - 7:8, 8:14, 9:19, 9:23, 10:9, 14:16, 14:18
word [1] - 20:20
words [9] - 16:15, 17:8, 17:23, 18:25, 22:1, 23:13, 23:17, 23:19, 27:7
world [5] - 21:14, 22:14, 22:17, 22:19, 23:23
worthy [1] - 32:13
Wright [1] - 3:25
writings [1] - 25:3
written [1] - 16:15
wrote [3] - 18:7, 18:18, 23:13

## Y

Yahoo [1] - 12:24
YORK [1] - 1:1
York [2] - 1:5, 2:2
you-all [8] - 13:11, 13:15, 13:24, 14:5, 14:16, 24:14, 32:23, 33:3
yourselves [2] - 11:15, 11:22