# Federal Defenders
## OF NEW YORK, INC.

Eastern District
One Pierrepont Plaza-16th Floor, Brooklyn, NY 11201
Tel: (718) 330-1200 Fax: (718) 855-0760

---

**Leonard F. Joy**
*Executive Director and*
*Attorney-in-Chief*

*Eastern District*
Peter Kirchheimer
*Attorney-in-Charge*

July 21, 2010

(ECF and E-Mail)

AUSA William Hogan, Esq. (william.hogan@usdoj.gov)
219 South Dearborn Street
Suite 500
Chicago, IL 60604

<u>Re: U.S. v. Harold Turner, 09-CR-650 (DEW)</u>

Dear AUSA Hogan:

    I write to confirm our telephone conversation of several weeks ago in which you agreed that you would make available the below listed FBI agents for testimony at trial. I would like to call Amy Pickett, Steven Haug, Kevin Cruise and Steven Kimball. (Cruise was JTTF Newark in 2007; Kimball testified in March 2010 that he was assigned to counter terrorism at headquarters in Washington.) My sense is that if we pick, open and begin on Tuesday, I am likely to start my case on Thursday, August 12th. I would need the agents on Friday, August 13th. My recollection is that Pickett is ASAC New York and therefore is a five-minute subway ride from the EDNY courthouse. If we put her on telephone alert for Wednesday at 4:00 p.m. we could ask her to come in Thursday afternoon if things had gone faster than expected. This would avoid having agents sit around Thursday. In other words, I would appreciate the agents Friday morning with Pickett available at her office just in case for Thursday.

    Thanks tremendously for your help with the logistics.

Sincerely,

Peter Kirchheimer, Esq.

PK/ir

c:  Hon. Donald E. Walter
    U. S. District Judge
    District of Louisiana
    4200 US Courthouse
    300 Fanin Street
    Shreveport, LA 71101
    Clerk of the Court (ECF)