**MINUTE ENTRY**
**August 17, 2010**
**JUDGE DONALD E. WALTER**
**EASTERN DISTRICT OF NEW YORK**

---

UNITED STATES OF AMERICA                         CRIMINAL NO: 09-00650

VERSUS

HAROLD TURNER

---

In the case of the *United States v. Hal Turner*, the verdict form has been lost. Nevertheless, on Friday, August 13, 2010, in the Eastern District of New York a jury found Harold ("Hal") Turner guilty of the single count charged in the indictment. The Court read the verdict form personally and saw that the jury had marked "guilty." Upon the Courtroom Deputy Clerk reading the verdict form aloud to the parties and the gallery, the Court then polled the jury on the record, and they individually confirmed that their verdict was guilty.

*August 17, 2010*
*Donald E. Walter*