UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA          CRIMINAL NO: 09-00650

VERSUS                            JUDGE DONALD E. WALTER

HAROLD TURNER

### ORDER

The Court hereby appoints Ronald G. Russo and David Wikstrom to serve as counsel for Defendant, Harold Turner.

THUS DONE AND SIGNED, this 2 day of November, 2010.

*/s/ Donald E. Walter*
DONALD E. WALTER
UNITED STATES DISTRICT COURT